KIRBY AISNER & CURLEY LLP
*Proposed Substitute Attorneys for the Debtor*
700 Post Road, Ste. 237
Scarsdale, New York 10583
(914) 401-9500
Erica R. Aisner, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

HAMPSTEAD GLOBAL, LLC,                                      Chapter 11
                                                            Case No. 19-22721 (RDD)
                           Debtor.
------------------------------------------------------------X

## DECLARATION RELATING TO
## PAYMENT OF THIRD-PARTY RETAINER

Adam Perzow hereby declares, under the penalties of perjury, the following:

1.　I am not a party to the above captioned bankruptcy proceeding. I am the sole member of the debtor and debtor-in-possession (the "Debtor"). I submit this Declaration in support of the application filed by the above-captioned Debtor relating to the retention of Kirby Aisner & Curley LLP ("KAC") as substitute attorneys for the Debtor in this bankruptcy case.

2.　In order to secure KAC's services to the Debtor in this Chapter 11 case, I paid a third-party retainer in the amount of $5,000.00 toward fees, costs and expenses to be incurred in this Chapter 11 bankruptcy case, subject to Bankruptcy Court approval.

3.　Although I have been advised by KAC to consult with my own counsel, I have not retained independent legal counsel regarding the payment of the retainer or the tendering of a guaranty to KAC.

4. I understand that the undivided loyalty of KAC is to its client, the above-captioned Debtor.

5. Further, I am not a creditor of the Debtor and do not have any intention of asserting a claim against the estate of the Debtor for funds advanced for legal fees in this case.

6. Based upon the foregoing, it is my belief that I do not have any adverse interest against the estate of the Debtor herein, or with any creditor or any other party in interest.

Dated: New York, New York
       June 25, 2019

By: /s/ *Adam Perzow*
     Adam Perzow