KIRBY AISNER & CURLEY LLP
*Proposed Substitute Attorneys for the Debtor*
700 Post Road, Ste. 237
Scarsdale, New York 10583
(914) 401-9500
Erica R. Aisner, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

HAMPSTEAD GLOBAL, LLC,                               Chapter 11
                                                     Case No. 19-22721 (RDD)
                            Debtor.
------------------------------------------------------------X

## DECLARATION RELATING TO
## PAYMENT OF THIRD-PARTY RETAINER

Cary Perzow hereby declares, under the penalties of perjury, the following:

1. I am not a party to the above captioned bankruptcy proceeding. I am the father of Adam Perzow the sole member of the debtor and debtor-in-possession (the "Debtor"). I submit this Declaration in support of the application filed by the above-captioned Debtor relating to the retention of Kirby Aisner & Curley LLP ("KAC") as substitute attorneys for the Debtor in this bankruptcy case.

2. In order to secure KAC's services to the Debtor in this Chapter 11 case, I agreed to personally guarantee the payment of all fees and expenses incurred by KAC in connection with the Debtor's bankruptcy case. Other than in the case of conversion or dismissal of the bankruptcy case, I acknowledge that the payment of any fees and expenses pursuant to the guaranty are subject to bankruptcy court approval.

3. Although I have been advised by KAC to consult with my own counsel, I have not retained independent legal counsel regarding the payment of the retainer or the tendering of a guaranty to KAC.

4. I understand that the undivided loyalty of KAC is to its client, the above-captioned Debtor.

5. Further, I am not a creditor of the Debtor and do not have any intention of asserting a claim against the estate of the Debtor for funds advanced for legal fees in this case.

6. Based upon the foregoing, it is my belief that I do not have any adverse interest against the estate of the Debtor herein, or with any creditor or any other party in interest.

Dated: Quebec, Canada
June 25, 2019

By: /s/ Cary Perzow
Cary Perzow