UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

HAMPSTEAD GLOBAL, LLC,　　　　　　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 19-22721 (RDD)
　　　　　　　　　　　　Debtor.
------------------------------------------------------------X

## PROPOSED ORDER AUTHORIZING RETENTION OF THE LAW OFFICE OF CHARLES A. HIGGS AS SPECIAL LITIGATION COUNSEL FOR DEBTOR

**UPON** the application, dated July 16, 2019 of Hampstead Global, LLC, the above-captioned debtor and debtor in possession (the "Debtor") requesting authorization to employ The Law Office of Charles A. Higgs as its special litigation counsel (the "Application") to perform the services described in the Application; and upon the accompanying Affirmation of Charles A. Higgs, Esq. and Declaration of Adam Perzow; and it appearing that Charles A. Higgs, Esq. is an attorney duly admitted to practice in this Court; and the Court being satisfied that The Law Office of Charles A. Higgs neither represents nor holds any interest adverse to the Debtor or to the estate and is a disinterested person within the meaning of § 101(14) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code)" and that his employment is necessary and in the best interests of the estate; and no additional notice or hearing being required, it is hereby

**ORDERED,** that the Application is granted to the extent provided herein; and it is further

**ORDERED**, that pursuant to § 327(e) of the Bankruptcy Code, the Debtor is authorized to employ and retain The Law Office of Charles A. Higgs as its special litigation counsel, *nunc pro tunc* to the July 15, to perform litigation services to the Debtor as described in the Application; provided, that (a) such services shall not include standard contested matters and

1

other litigation services normally provided by general counsel to a chapter 11 debtor and (b) The Law Offices of Charles A. Higgs shall not duplicate any services performed by the Debtor's general bankruptcy counsel; and it is further

**ORDERED**, that Law Office of Charles A. Higgs shall be compensated and reimbursed in accordance with, and will file interim and final fee applications for allowance of its compensation and expenses subject to, sections 330 and 331 of the Bankruptcy Code, as the case may be, and the applicable Bankruptcy Rules, Local Rules, and Fee and Expense guidelines and orders of this Court; and it is further

**ORDERED,** that the Court shall retain jurisdiction to hear and determine all matters arising out of this Order; and it is further

**ORDERED**, that if there is any inconsistency between the terms of this Order, the application, and the supporting affidavit, the terms of this Order shall govern.

Dated: White Plains, New York
      August 8, 2019

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

NO OBJECTION
OFFICE OF THE UNITED STATES TRUSTEE

*/s/ Andrew D. Velez-Rivera*
Trial Attorney
Andrew D. Velez-River