EXHIBIT B

| | Fill in this information to identify the case: | | | | | | |
|---|---|---|---|---|---|---|---|

Debtor name: Hampstead Global, LLC

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): 19-22721

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Stacks Bowers Galleries<br>1231 East Dyer Road Suite 100<br>Santa Ana, CA, 92705 | | Unsecured Loan Repayments related to domain in escrow | Disputed | | | 1,300,000.00 |
| 2 | Josh Perzow<br>5875 Cavendish Blvd<br>Montreal, Quebec, H4W2X3 | | Monies Loaned / Advanced | | | | 180,000.00 |
| 3 | Barbara Etinson<br>5150 Macdonald Ave<br>Cote Saint Luc, H3X2V7 | | Monies Loaned / Advanced | | | | 150,000.00 |
| 4 | Ari Gati<br>2811 Colorado Ave #1<br>Santa Monica, CA, 90404 | | Money Loaned/advanced and services rendered | | | | 105,000.00 |
| 5 | Ross Stokes<br>53b grange road<br>03-02 spring grove<br>Singapore, 249565 | | Services | | | | 5,750.00 |
| 6 | Bowse Law Group, P.C.<br>801 S. Figueroa St., 25th Floor<br>Los Angeles, CA, 90017 | | Services | | | | 2,000.00 |
| 7 | One Unit<br>228C Stanley Street<br>Singapore, 06873 | | Services | | | | 1,250.00 |
| 8 | Sam Katz<br>Urban Place Migdal Shalom 2<br>Montefiore St<br>Tel Aviv-Yafo Isreal | | | | | | 1,220.00 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 1

| | Debtor | Hampstead Global, LLC | Case number (if known) | 19-22721 |

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Regus<br>520 White Plains Rd<br>Suite 500<br>Tarrytown, NY, 10591 | | Lease | | | | 1,000.00 |
| 10 | Carmen Marx<br>Wagramerstrasse 17-19 1220<br>Vienna Austria | | | | | | 720.00 |
| 11 | Julie Aaron<br>2811 colorado ave #1<br>Santa Monica, CA, 90404 | | | | | | 325.00 |
| 12 | Division of Corporations<br>John G. Townsend Bldg<br>401 Federal Street Suite 4<br>Dover, DE, 19901 | | Services | | | | 300.00 |
| 13 | Identity digital<br>193 Avenue A<br>New York, NY, 10009 | | | | | | 250.00 |
| 14 | T Mobile Bankruptcy Team<br>PO Box 53410<br>Bellevue, WA, 98015 | | Telephone / Internet services | | | | 102.75 |
| 15 | Corporate Filings LLC<br>30 N Gould St<br>STE 7001<br>Sheridan, WY, 82801 | | Services | | | | 45.00 |
| 16 | The Rocket Science Group, LLC<br>675 Ponce de Leon Ave NE<br>Suite 5000<br>Atlanta, GA, 30308 | | | | | | 25.00 |
| 17 | Digital Ocean LLC<br>101 6th Ave<br>New York, NY, 10013 | | | | | | 10.00 |
| 18 | Google Gsuite<br>1600 Amphitheatre Parkway<br>Mountain View, CA, 94043 | | Services | | | | 10.00 |
| 19 | | | | | | | |
| 20 | | | | | | | |