KIRBY AISNER & CURLEY LLP  
*Attorneys for the Debtor*  
700 Post Road, Ste. 237  
Scarsdale, New York 10583  
(914) 401-9500  
Erica R. Aisner, Esq.

*Hearing Date: December 16, 2019*  
*Hearing Time: 10:00 a.m.*

UNITED STATES BANKRUPTCY  
COURT SOUTHERN DISTRICT OF  
NEW YORK  
------------------------------------------------------------X  
In re:

HAMPSTEAD GLOBAL, LLC,

                     Debtor  
------------------------------------------------------------X

Chapter 11

Case No. 19-22721 (RDD)

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE,** that the following matters have been adjourned from October 7, 2019 to **December 16, 2019 at 10:00 a.m.** at the United States Bankruptcy Court, S.D.N.Y., 300 Quarropas Street, Room 118, White Plains, New York 10601:

1. Motion for an Order (I) Dismissing Chapter 11 Case or Converting Chapter 11 Case to Chapter 7; (I) Compelling Assumption or Rejection of Executory contracts; and/or (III) Modifying the Automatic Stay filed by Jay Teitelbaum, Esq. on behalf of Stacks Bowers Galleries;

2. Motion to Extend Exclusivity Period filed by Dawn Kirby, Esq. on behalf of Hampstead Global LLC;

3. Motion for Sanctions for Violation of Automatic Stay against Stacks-Bowers Numismatics LLC filed by Charles Higgs, Esq. on behalf Hampstead Global LLC;

4. Pre-Trial Conference in related Adversary Proceeding 19-08282 (rdd).

Dated: Scarsdale, New York  
       November 26, 2019

KIRBY AISNER & CURLEY LLP  
*Attorneys for the Debtor*  
700 Post Road, Suite 237  
Scarsdale, New York 10583  
(914) 401-9500

By: */s/ Dawn Kirby*  
     Dawn Kirby, Esq.

To: All parties receiving ECF Notifications