

RARE ASSETS • REAL EQUITY

**WHITE PAPER**

Version 1.0

# Legal Disclaimer

*This white paper is for informational purposes only and does not constitute an offer or solicitation to sell securities or other investments. It may contain forward-looking statements, subject to risks and uncertainties that could cause actual results to differ materially. RareX does not guarantee the accuracy of statements made in (or in connection with) this white paper or the conclusions reached herein, and expressly disclaims any and all liability for any direct or consequential loss or damage of any kind what-soever arising directly or indirectly from: (i) reliance on any statement contained in this white paper, (ii) any error, omission or inaccuracy in any such statement, and (iii) any other matter connected with or attributable to statements contained in this whitepaper.*

*RRX tokens will not be intended to constitute securities in any jurisdiction. This white paper does not constitute a prospectus or offer document of any sort and is not intended to constitute an offer of securi-ties or a solicitation for investment in securities in any jurisdiction. RareX does not provide any opinion or any advice to purchase, sell, or otherwise transact with RRX tokens and the fact of presentation of this white paper shall not form the basis of, or be relied upon in connection with, any contract or investment decision.*

*Any potential RRX token holders or investors should seek appropriate independent professional advice prior to relying on or entering into any commitment or transaction based on material published in this white paper, which is material purely published for reference purposes alone.*



# TABLE OF CONTENTS

| | |
|---|---|
| INTRODUCTION | 4 |
| INDUSTRY OVERVIEW | 5 |
| FEATURES | 7 |
| REGULATORY APPROACH | 10 |
| REVENUE MODEL | 11 |
| TOKENOMICS | 11 |
| GOVERNANCE | 18 |
| TOKEN SALE | 19 |
| ROADMAP | 22 |
| TEAM AND ADVISORS | 23 |
| CONTACT INFORMATION | 25 |
| RISKS | 26 |



# Introduction

## Mission Statement

**We believe that the rarest and most profitable assets should not just be reserved for the wealthy, but for all.** RareX was founded under our core principals of inclusiveness, access and choice. We exist to democratize rare assets and make them accessible to everyone.

Some of the greatest long-term returns in the market are limited to the rarest of assets, like fine art, rare coins and iconic real estate that costs a fortune and are out of reach for 99% of us. We founded RareX believing everyone should have access to these rarest of assets. With RareX, everyone may now choose to own equity in some of the highest valued and appreciating assets.





## About RareX

RareX will be the first global exchange to trade tokenized rare assets. It will be a platform where owners of rare assets, such as art, numismatic coins, iconic real estate properties, antiquities and other collectibles, can offer fractional ownership to everyday retail investors. RareX will function both as a crypto-based real-time auction for the initial sale of whole or partial rare assets and as a marketplace for users to easily trade rare asset-backed tokens.

Additionally, RareX will invite into our ecosystem and incentivize all current market participants, including rare asset owners, purchasers/investors, custodians, auctioneers, authenticators, appraisers, insurers, and auditors. RRX will be the native token of the platform and will be used for trading and gaining priority access to new auctions of rare assets. RareX will allow for millions of new investors to own pieces of extraordinarily valuable assets worldwide that were previously accessible only to the world's wealthiest individuals and institutions.



# Industry Overview

## What is a Rare Asset?

Rare assets are objects that are typically one-of-a-kind, or perhaps only a few of such exist in the world. Rare assets can be art, such as a Van Gogh painting, a vandalized Banksy phone booth, or an authentic Warhol. Rare assets can be rare coins, such the first US Silver Dollar issued in 1794. Rare and iconic real estate can also be thought of as a rare asset, such as the Empire State Building or the Sydney Opera House. Collector's items and memorabilia also constitute rare assets, such as a Mickey Mantle rookie card or an original Gutenberg Bible. There are plenty or other example of rare assets, such as stamps, vintage cars, antiques, autographs, and others. Because all of these assets are so rare, they are often exorbitantly expensive to own. RareX is looking to take anything that is rare and real and make it possible for anyone to own a piece of it.

### Problems and Challenges

- The rarest of assets appreciate faster than other types of assets
- Auctions charge enormous fees to buyers and sellers
- Auction bidding can distort real value
- Only the wealthiest can afford exposure
- Costly and risky to secure and hold



Source: Lear Capital

**Rare coins have far outpaced stocks and gold bullion historically**





**How the model works**

● The Knight Frank Luxury Investment Index tracks the performance of a theoretical basket of selected collectable asset classes using third-party indices

● The indices for art, Chinese ceramics, antique furniture, jewellery and watches are calculated by Art Market Research & Developments

● The indices for stamps and coins are calculated by Stanley Gibbons

● The indices for classic cars are calculated by Historic Automobile Group. They are published monthly

● The indices for fine wine are calculated by Wine Owners; prior to 2014, Knight Frank used the Livex 100, which was more biased towards Bordeaux

**Luxury as an investment**
Indices (rebased)

Knight-Frank Luxury Investment Index

FTSE 100

2004  06  08  10  12  14

300
250
200
150
100
50

Source: The Economist

**Rare luxury items often appreciate much faster than traditional equities**

## RareX Solutions

• **Accessible global platform**
• **No accreditation required**
• **No 20-30% auction fees or high commissions**
• **Verified and bonded asset authentication, custodial providers and insurance**
• **Decentralized asset exchange**



# Features

● **Rare and Real Asset First Issuance**

RareX will function as an online crypto auction. We will be the first place for users to buy newly created rare asset tokens. We will be the first and only platform to have initial *rare* Security Token Offerings (STOs). Actual tokenization services will be provided separately by our partners, but we will be the only platform to issue initial offerings of newly tokenized rare assets. Entire assets or partial assets may be tokenized and sold by their current owners. Users will be able to buy these initial fractionalized rare assets at a set price, rather than having to engage in bidding wars. This also avoids exorbitant middleman fees that auctions and brokers charge, which typically fall on both the buyer and seller, making it extremely costly to trade. By creating never-before-seen liquidity through tokenization, we are able to introduce a new form of capitalization for owners and also democratize rare asset ownership for millions of everyday retail investors. This will result in greater velocity, frequency and availability of rare assets to retail investors and collectors.

● **Non-Custodial Decentralized Exchange**

We recognize the risks that come with centralized platforms and believe that trustless systems of exchange are the future of cryptoasset trading. RareX will enable trading in a manner that allows customers to always retain complete control of their assets. RareX will be built on the 0x protocol and offer off-chain order books and on-chain settlements. We believe this will create the best possible experience, allowing users to have total custody of their assets while also providing cheaper, seamless order matching. RareX will never be able to access users' assets, who will each control their wallets with their own private key. This structure provides an optimal security model and will give users confidence that their assets are always safe.

● **Fungible and Non-Fungible Token Trading**

RareX will be unique in that it will offer trading for different types of tokens, both fungible and non-fungible tokens. We see this as wholly necessary for rare asset trading. Each individual asset issued will come with a single, unique non-fungible token that will be granted to the owner and transferred to the approved custodian and function as an immutable representation of ownership of that asset. This may be a deed or certificate of ownership, for example, and will be in the form of an ERC-721 token. RareX will also offer users the ability to trade asset-backed tokens of rare assets in the form of ERC-20 tokens. These will represent fractional ownership in each asset and there may be up to millions of the same fungible asset-token in existence. We see both types of tokens as vital to giving users access to rare and real ownership.



## ● All Assets are Verified & Appraised by Institutional Experts

Before any asset is tokenized and put on the RareX platform, it will be verified for authenticity and appraised by experts. These experts will be notable, long-trusted institutions, such as museums, the American Numismatic Society, and other experts in their respective fields. We are committed to the most transparent process so that only genuine, high-value assets are traded on the platform. This will help protect users from fraud and allow for a smoother price discovery process once the asset is being traded on the platform. Only bonded, verified assets will be accepted into the RareX Network, providing assurance that even in the event of fraud, the value of the underlying asset is covered. Through the smart contract terms, all token holders will be covered, as well.

## ● Only Fully-Insured Assets

Every asset that is tokenized and traded on the platform will be fully insured. Insurance information will be publicly available to users at all times. Users will be 100% protected from any risk associated with the rare asset. If the asset is damaged, broken, or lost for whatever reason, users will be fully reimbursed. We will work with projects, such as EtherRisk, that utilize smart contracts to ensure claims payouts are seamless and instant.

## ● Highest Security Standards

Security is a number one priority of RareX. We will adhere to the highest security standards in the industry to ensure that we never have a single hack, breach, or loss of funds ever. By taking a high security, low custody approach, we eliminate much of the risk associated with cryptoasset trading. Our decentralized exchange and support for decentralized wallets ensures hackers or other bad actors will not be able to access any user assets through the RareX platform. Some of the other RareX security protocols put in place include, offline storage, AES-256 encryption for wallets and private keys, SSL encryption for website traffic, bug and security audit bounty programs, and several other high-level security processes.

## ● U.S. Based Company

Unlike many other exchanges, RareX has elected to be based in the United States. By headquartering in the US, we hope to give our users and investors the assurance and confidence that their assets are safe and recoverable at any time. RareX is committed to building the highest quality crypto exchange. RareX is based in Wyoming, taking full advantage of the most crypto-friendly state regulatory environment in the country.



## ● Audited Asset Holdings and Financials

RareX is committed to providing full transparency and accountability to its users. That is why we will perform audits of our holdings and disclose them to the community on a continual basis. We believe that the majority of crypto exchanges currently operating are not doing enough to build trust among users. Not only will we be fully transparent, we will ensure that the owners of rare assets listed on the platform will also be fully transparent. Users should be able to trade on our platform without any concern about our financial standing or the state of the rare asset they own.

## Additional Features

- **User Friendly Exchange Interface**
- **Multilingual Support**
- **Web and Mobile Applications**
- **Advanced APIs**
- **Regulatory Compliance**



# Regulatory Approach

The current regulatory environment surrounding the crypto trading industry remains haphazard and uncertain. There are several regulatory agencies that have claimed some jurisdiction regarding the trading of cryptocurrencies and other cryptoassets. The main agencies involved are the Securities and Exchange Commission (SEC), the Commodity Futures Trading Commission (CFTC), and the Financial Crimes Enforcement Network (FinCEN). The Internal Revenue Service has outlined its position on cryptoassets when it comes to tax regulations, as well. Additionally, the Consumer Financial Protection Bureau (CFPB) has also made public statements with regard to cryptocurrency trading. Both the US House of Representative and the Senate have held several hearings on cryptocurrency and are considering crafting comprehensive legislation on the trading of cryptoassets in the near future. However, the details of such remain unclear.

RareX takes its approach to regulation seriously and works to ensure that we are 100% in compliance with all existing regulations, despite the uncertainty and constantly shifting state of regulatory affairs. RareX is a US-based company and will comply with all state and federal laws regarding cryptocurrency and other cryptoassets, as well as all laws regarding the trading of securities.

While we maintain that the RRX Utility Token will not constitute a security, many of the asset-backed tokens that will be traded on the RareX platform will likely constitute securities in the form of Security Tokens. Thus, RareX is committed to working hand-in-hand with the SEC to become fully licensed to trade securities. We will also ensure that we have robust Know Your Customer (KYC) and Anti-Money Laundering (AML) processes that prevent any abuse or criminal activity on the platform. RareX will also have to work locally with several state jurisdictions to ensure it is allowed to operate as a money transmitter, if so required.

We understand the need to work with regulators while also protecting our customers. By working with regulators, we believe the RareX brand will be that most transparent, consistent, and trustworthy. We aim to be a crypto trading platform that adheres to the highest standards and one that acts a model for all other exchanges in the industry to follow.



# Revenue Model

## Fees:

**Trading Fees – 1%**

**Listing Fee – Varies on value of asset**

*Trading fees will be discounted when using RRX tokens

**Initial Issuance Trading Fee – 3 to 5%**

This fee will apply to trades made during an initial issuance. This will be for whenever a new asset is tokenized and it is the first chance for any traders to purchase such tokens.

**Priority Access Fee - Varies**

This will be the fee that users must pay to be able to purchase a rare asset in the first few days of an initial issuance. It will be a flat fee. Users holding a minimum number of RRX tokens at the time a new asset issuance is announced will be exempt from paying this fee and will automatically have priority access.

# Tokenomics

## The RRX Token

The RRX token will be a utility token on the RareX platform. We will follow the Core Framework for Consumer Tokens laid out by The Brooklyn Project, which has developed guidelines for best practices for issuing new tokens.

RRX will be used by traders as a form of payment for various services and will be necessary to access certain features offered on the platform. RRX token will function on top of the Ethereum blockchain as a ERC-20 token.  As an ERC-20 token, RRX will be able to be traded on RareX, as well as any exchange that supports ERC-20 tokens. RRX can be held in Ethereum wallets, such as Ledger, Trezor, Metamask and others.



# RRX Token Uses:

- **Paying for all fees on platform**
- **25% off trading fees when using RRX in the first year of issuance**
- **Priority access for new asset issuances (with Priority Access Fee waived)**
- **Compensating and incentivizing all participants in the RareX ecosystem**

RRX will resemble other exchange-based tokens in the space in several ways. Users can pay fees in RRX, such as regular trading fees, listing fees, and others. However, users will not be obligated to pay fees in RRX. They will have the option to pay in BTC, ETH, and others. Users will receive a 25% discount when using RRX tokens for the first year for trading fees. This percentage will decrease over time to incentivize early adoption and grow users.

|  | 1st Year | 2nd Year | 3rd Year | 4th Year | 5th Year |
|---|---|---|---|---|---|
| **Discount Rate** | 25% | 15% | 10% | 5% | None |

# Priority Access

There is also a unique feature to the RRX token. Holding RRX will give users priority access for new rare asset issuances. For instance, say, hypothetically, RareX announces that we are tokenizing the Starry Night Van Gogh Painting. When the initial sale of all Starry Night-backed tokens starts, only users who were holding a minimum number of RRX tokens in their wallet at the time this was announced will be able purchase Starry Night tokens for the **first three days**.

Because new asset issuances will be random, users will be incentivized to hold RRX tokens in their wallet in order to ensure priority access. This factor will encourage long-term holding, low velocity of RRX trading, and greater price stability than other utility tokens. This, along with the fixed supply and ongoing token burn, aligns the tokenomics of RRX properly with the RareX growth strategy. As more users onboard to the RareX platform, the price of RRX should rise accordingly. Binance's BNB has proven to be a relatively stable asset by providing real user utility to its community. Likewise, RareX aims to build a community of HODLers through the clear value offered through discounts and priority access to upcoming rare STOs.



# Token Burn

We will create a fixed supply of RRX tokens, meaning that there will never be more RRX created at a later date. The initial total supply of RRX will be 100,000,000. However, over the course of 5 years, RareX will burn 30% of all RRX tokens, or 30M tokens. RareX will do so by buying back and destroying 6M tokens each year.

The token burn will start after the public sale ends, which will be in Q2 2020, or one year following the initial issuance, unless it sells out sooner than expected. Thus, in 2025, all the RRX will have been burned, leaving a total supply of 70M tokens.

In the event the tokens do not sell out by the end of the public sale, the number of burned tokens will equal the number required to reach a maximum total of 70M tokens.

# The RareX Ecosystem

There is an assortment of various parties involved in the sale and trading of a rare asset, all with differentiating interests. RareX aims to create a decentralized ecosystem so all parties involved are properly incentivized and rewarded. We aim to align incentives to encourage all parties to act honestly and work to grow the success of the RareX platform over the long-term. We will provide new benefits that were not possible in the legacy system of rare asset trading, which will further encourage all parties to choose the RareX platform over traditional methods.

**Parties involved in the RareX Ecosystem (in alphabetical order):**

**APPRAISER** - 3rd party responsible for the valuing of a rare asset before an initial issuance

**AUCTIONEER** - 3rd party responsible for a forced sale of the rare asset

**AUDITOR** - 3rd party responsible for verifying on an ongoing basis that all assets have continued compliance including custodianship, insurance and RareX exchange compliance

**AUTHENTICATOR** - 3rd party responsible for verifying the authenticity of the rare asset (bonded and insured). In the case of real estate, this would be a title insurance company

**CUSTODIAN** - An approved person or entity responsible for the storage and security of the physical asset and representative non-fungible token This could potentially be the Owner, such as in the case of a Museum, OR the Originator, like in the case of a large trusted brokerage house like Sothebys, Christies, Phillips, China Garden or Stacks-Bowers, OR the property management company in the case of income generating real estate

**EXCHANGE** - This is RareX, the platform responsible for the initial public Security Token Offering (STO) of fungible asset-backed tokens, the ongoing trading of the tokens, and providing liquidity to token holders



**INSURER** - The insurance company or blockchain collective (such as EtherRisk or Tides) responsible for insuring the underlying value of the asset and paying out all token holders in the event of a loss. This is really secondary re-insurance for just the tokenized portion of the asset. The Owner is also responsible for insuring 100% of the asset and naming RareX as additionally insured.

**ORIGINATOR** - Person who originates the tokenization of a physical asset. This may be the person who initially incentivizes the owner to list their asset or, if directly listed, could be the owner themselves.

**OWNER** - Initial owner of the physical rare asset

**PURCHASERS** - Purchasers of fractional ERC-20 rare asset tokens

**SELLERS** - Sellers of ERC-20 rare asset tokens

**TOKENIZATION PLATFORM** - Partner platform responsible for tokenizing each asset. They create the tokens and code all compliance and investment terms into the contract before it is offered on the RareX platform.

# RareX Ecosystem





RareX will provide incentives on the platform by splitting many of the fees and liquidity premiums between ourselves and contributing parties. By liquidity premiums, we mean the markup on the value of a rare asset that will occur from the new liquidity introduced through the RareX exchange and the ability to trade those fractional assets. Rare assets are one of the most illiquid assets in the market. They typically demand upwards of a 10% premium for a seller to liquidate their ownership through an auction house and up to a 30% premium for the buyer. It often takes 3-6 months with some buyers even resorting to pawn shops in dire circumstances. By allowing ownership fractionalization and opening up trading to millions of new potential buyers, each rare asset will inevitably come at a premium upon initial issuance. Rarex will build in some of this premium automatically when the price is set during a rare asset initial issuance, which we estimate to be somewhere between 10% and 25% depending on the asset.

For instance, if there is a piece of art worth $1M based on appraisals from multiple institutional experts, it may receive a liquidity premium once listed on RareX upwards of 25% due to new underlying demand. In this example, the asset would be listed at a value of $1.25M. With the new value of the asset instantly appreciated, and only made possible by RareX's service offerings, we intend to reward contributing parties to help facilitate the process of initial issuance. We intend to split the premium in the following manner:

## Initial Liquidity Premium (10-30% of total value depending on the asset)

**Originator: 50**% of the premium

**Custodian: 50**% of the premium


In addition to the initial issuance of the token, to further incentivize parties and align all interests on a continual basis over the time period an asset is traded, we will split the ongoing trading fees on the platform, as well. This includes the trading fees for initial issuances and for ongoing trading fees afterwards. We intend to split the initial issuance fees in the following manner:

## Initial Issuance Trading Fee (3-5% depending on the asset):

**Originator: 25**% after all flat fees have been paid

**RareX: 75**% after all flat fees have been paid


After the initial issuance is complete, the asset will be traded freely on the RareX decentralized exchange platform. There will be trading fees associated with all trades. RareX will take a majority of the ongoing trading fees, however we will split a portion of them among other parties to ensure incentives are properly aligned. We intend to split the ongoing trading fees in the following manner:



# Trading Fees (1%):

**Custodian: 20**% of all fees after all flat fees have been paid

**Originator: 20**% of all fees after all flat fees have been paid

**Owner: 10**% of all fees after all flat fees have been paid

**RareX: 50**% of all fees after all flat fees have been paid

*Note:* For users who are using RRX tokens to perform trading, RareX will absorb the discount from their portion For example, in Year One, the 25% RRX discount will only come out of the 50% allocated to RareX, leaving RareX with 25% of the fees during the first year.

Flat fees must be paid to several parties when tokenizing and listing a rare asset for issuance. RareX will pay these parties from a portion of revenue raised from the initial issuance trading fees. These parties include:

**Authenticator:** flat fee (as to keep this disinterested 3rd party impartial)

**Appraiser:** flat fee (as to keep this disinterested 3rd party impartial)

**Insurer:** flat fee to pay initial premium

**Tokenization Platform:** flat fee for tokenization services

Flat fees must be paid to several parties throughout the course of trading to make sure that assets are secure and protected against damages. The parties that will be paid during the course of trading will be the following parties:

**Auditor:** They will be paid a flat free to audit the holdings of the Custodian to ensure that the asset is indeed held by the Custodian and has no damage or other issues. RareX will be responsible for paying the auditor.

**Insurer:** They will be paid out on a quarterly basis the amount of the agreed premium set during the initial issuance. RareX will be responsible for paying the insurer.

RareX will work with the tokenization platforms at the time of tokenization to ensure that the terms of all trading fees will be embedded directly into the tokens' smart contract. By doing this, all parties with a claim to trading fees can be paid out directly via smart contract. This ensures lower risk for all parties and allows RareX to function more efficiently because RareX never has to act as a 3rd party to handle paying out parties. All interested parties will see revenue from fees deposited directly into their wallets as trades are executed and as fees are paid.



# Token Trading Terms

For every asset tokenized, there will be a mandatory time period set where another liquidity event must occur. There will be three options that may occur, which will ultimately be decided by the owner, who has a right of first refusal to redeem all outstanding fractional tokens. The three main scenarios will be as follows:

1.   **Owner Buyback**
2.   **Renewal/Retokenization**
3.   **Auction Entire Asset to New Owner**

Whichever option the owner chooses, a fixed date will be set so owners have the option to regain 100% ownership of their assets and token holders will still be guaranteed an eventual payout based on market value, or even a premium over market value. Terms will be customizable but will typically be on a 3-, 5- or 10-year basis. The terms will be set prior to initial issuance so purchasers understand their investment and so all payouts can be embedded into the smart contract of the token.

## Owner Buyback

In this scenario, the owner who listed the rare asset on the RareX exchange has the first option to buy back all the tokens that have been issued. The purchase price will be determined using a moving average of the past 90 days in order to avoid any market manipulation near the closing date. Additionally, a predetermined premium, between 5-20% over the 90-day moving average may be offered by the owner and enforced by the smart contract. All token holders will be paid out via smart contract and the owner will retain full ownership of the rare asset once again. All tokens will be destroyed after the transaction is complete.

## Renewal/Retokenization

In this scenario, the token holders may vote to renew ownership of the asset for another equal term (3, 5 or 10 years). The rare asset will go through the process again of being tokenized and re-listed on the RareX exchange. All token holders will pay a renewal fee of 5-10% to cover custodial and insurance costs for the new term. Token holders will have the option of receiving the new asset tokens in a 1:1 ratio or, instead, may opt to sell the tokens for the fair market value at the time of the renewal on the exchange. The new tokens will be embedded with new terms. All original tokens will be destroyed.

## Auction

In this scenario, the rare asset will go up for a traditional auction at the end of the trading term through a predetermined approved auction house. Whatever price it sells for at the auction will then be proportionally paid out to the owner and all token holders. The custodian will be responsible for completing the transaction and paying out all parties. All tokens will be destroyed after the transaction is complete. .



# Governance

RareX is committed to upholding the values of decentralization. We believe that RareX should not be a platform controlled by one powerful entity without any accountability or input from its users and other important parties. In that spirit, RareX will implement a system of governance that will be open, transparent, and flexible, putting the interest of the greater community first. RareX aims to be one of the first successful decentralized autonomous organizations dealing in asset-backed Security Tokens and a model for all others in the future.

The entity that will govern the platform will be called the RareX Foundation. The Foundation will be made up of representatives that are elected by the RareX community. Ideally, they will be experts and professionals in the respective areas needed to efficiently and effectively run the RareX platform. These will include business professionals, technical experts, legal specialists, rare assets Custodians, Originators, Tokenization Platforms, Auctioneers, and any other capable, interested party. Ultimately, the memebers of the Foundation will be determined by a vote from the RareX community.

The Foundation will function much like a traditional board of directors. It will be responsible for the day-to-day management of the RareX platform. Their duties will include, and not be limited to, the following tasks:

- **Hiring executives and other staff**
- **Determining company policies, such as fees, etc.**
- **Introducing new platform functionalities and offerings**
- **Coordinating with trusted partners**
- **Settling all disputes**
- **Managing new proposals from the community**
- **Promoting the RareX brand**

The Foundation will ultimately be elected by the RareX community. There will need to be an interim management team during the initial development stages before the RareX platform is fully launched. This will be handled by the separate legal entity called the RareX Company. However, once the RareX platform is fully up and running, we will hold the first election to determine the official inaugural RareX Foundation. Once governance is set up and fully functional the RareX Company and the RareX Foundation will be two separate entities. The Foundation will be responsible for running the platform and coordinating with trusted partners. The RareX Company will become a third-party originator, solely focused on bringing assets on to the platform, and will receive the same privileges as other third-party originators.

Voting will occur on-chain so the process is transparent and immutably recorded. To vote in the election of the members of the RareX Foundation, voters must hold a minimum number of RRX tokens, which will be at least 1% of all RRX tokens in existence. Elections for the RareX Foundation will occur every 4 years. Additionally, from time to time, the RareX Foundation will submit proposals to the broader community for voting. This may include proposals such as new features, trading terms, trusted partners, and more.



# Token Sale



**Public Sale** ● **Seed Funding** ● **Founding Team**

**Ambassadors/Advisors** ● **Reserve**

## Total RRX Supply: 100,000,000

**51**% - Public Token Sale          **15**% - Seed Funding & Presale

**14**% - Founding Team          **10**% - Reserve

**10**% - Ambassadors & Advisors



# Fund Allocation



**30**% - Platform Development

**25**% - Marketing

**20**% - Operations, Admin & Support

**10**% - Legal/Regulatory

**10**% - Security & Audits

**5**% - Reserve



# Funding Goals

## Private F&F Seed Round: $500k

Friends and family accredited seed investors will receive an equity share in the RareX Company AND an amount of RRX tokens. The RareX Company will originally be responsible for bootstrapping the development of the RareX platform, but ultimately will become a wholly separate for-profit legal entity apart from the RareX Foundation. The separation will take place at the time of the elections. After such period, the RareX Company will function as a third-party originator that will specialize in bringing rare assets onto the RareX platform.

## Public Seed Round: $2M

Seed investors will receive an equity share in The Rarex Company AND an amount of RRX. The initial raise will be a combination Reg CF (up to $1M) for unaccredited retail investors and a Reg D offering ($1M+), limited to Accredited Investors, that will take place on StartEngine, SeedInvest or another Crowdfunding platform. This seed investment will be open to anyone, not just private equity firms, venture capital or accredited investors. In this way, anyone can purchase equity in The Rarex Company and also be rewarded with RRX tokens. The number of future tokens offered will be based on the amount invested, offering greater incentive for higher investment amounts by both unaccredited and accredited investors.

## Public Token Sale: $25.5M; 51M tokens

### RRX Price: $0.50

We intend to have a working product ready for immediate use before any public sale of tokens. The public sale will begin concurrently when the platform is released and ready for launch. The price of the RRX token will remain unchanged throughout the entire duration of the token sale. There will be no bonus or incentives for early investors. The public sale will last up to one year or until the 51M RRX tokens are sold. At the end of one year, if there are still RRX tokens available for sale, they will be burned. The RRX token will not be listed on any secondary exchanges, particularly to mitigate speculative trading. It will only be tradeable and useable on the RareX platform.



# Risks

Regulatory authorities are carefully scrutinizing businesses and operations associated to the crypto industry. In that respect, regulatory measures, investigations or actions may affect RareX's business and even limit or prevent it from developing its operations in the future. Any person undertaking to acquire RRX tokens must be aware that RareX's business model and the T&C's may change or need to be modified because of new regulatory and compliance requirements from any applicable laws in any jurisdictions.

In such case, any person undertaking to acquire RRX tokens acknowledge and understand that neither RareX nor any of its affiliates shall be held liable for any direct or indirect loss or damages caused by such changes and that project parameters, dates, specifications provided as well as other details technical or not could be subject to change without prior notice.

In addition, RareX has the complete freedom to operate or domicile its business(s) anywhere suitable provided it complies with the regulatory framework of the requisite jurisdiction. Please keep in mind that this document is provided for information purposes only and that under no circumstance should it be considered an effort by RareX to either promote or sell its own securities.

RRX tokens are not to be considered an investment. The RareX team will do its best to proceed with the project described within this whitepaper and complete it at the best of its ability. Unforeseen circumstances might not allow the completion of the project in whole or partially. RRX tokens can never be considered an official or legally binding investment of any kind and purchasing the token is done at investors' own risk.

Acquiring and storing RRX tokens involves various risks, in particular that RareX may not be able to launch its operations and develop its platform. Therefore, and prior to acquiring RRX token, you should carefully consider the risks, costs, and benefits of acquiring RRX tokens within the crowd sale, and, if necessary, obtain independent advice in this regard.

Any interested person who is not in the position to accept nor to understand the risks associated with the activity (including the risks related to the non-development of RareX platform and operations) or any other risks as indicated in the white paper, should not acquire RRX tokens, at this stage or later.

An RRX token does not give any rights on dividend or interest. The RRX token is final and nonrefundable.

The RRX token is not a share and does not give any right to participate to the general meeting of The RareX Company and cannot have a performance or a particular value outside the RareX platform or another affiliate platform. The purchase and use of RRX token shall therefore not be done for speculative usage.



Risks associated with regulation crowdsales and blockchain-based cryptocurrencies are mostly unregulated at present. Efforts are being made by various regulatory bodies around the world including central banks and governments to supervise, regulate, or even restrict the cryptocurrency market.

Risks associated with new technology and cryptocurrency tokens in general are relatively new. Due to this nature, unforeseen technology-related events may occur at any time. Participants comprehend and fully accept all types of related risks involved. RRX tokens will be issued on the Ethereum blockchain and wil be dependant on it, which comes with additional risks outside the control of the RareX team. The functionality of the RRX tokens or the RareX platform will be severely affected should the Ethereum protocol malfunction or fail.

Risks associated with quantum computers despite the efforts made by the blockchain community to safeguard the security of cryptocurrency technology, the potential development and deployment of quantum computers or any other kind of advanced types of computers in the future may put this security at risk. In such a case, the RRX token will be affected, as well. No fund insurance is provided. All types of funds collected during Pre-ICO and ICO are in no way insured. Funds may lose their value in whole or completely without warning. There is no insurance company, private or public, to turn to should something go wrong with the funds provided.

In case our crowdfunding campaign and distribution of RRX tokens is cancelled, the funds collected will be returned to the wallets of their respective providers. Funds collected by the RareX platform towards other crowdsales in the future will be returned to their original respective wallets should those crowdsales be cancelled by their originators or do not end successfully.

