UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

                                                     Chapter 11
HAMPSTEAD GLOBAL, LLC,           Case No. 19-22721 (RDD)

                            Debtor.
------------------------------------------------------------X

**ORDER EXTENDING THE DEBTOR'S EXCLUSIVE TIME TO FILE AND CONFIRM
A SMALL BUSINESS PLAN
PURSUANT TO 11 U.S.C. §§ 1121(e) and 1129(e)**

Upon the motion, by notice of presentment dated April 8, 2020 (the "Motion"), of the above above-captioned debtor and debtor in possession (the "Debtor"), for an order, pursuant 11 U.S.C. §§ 1121(e) and 1129(e), extending the Debtor's exclusive time to file and confirm a small business chapter 11 plan; and there being due and sufficient notice of the Motion and the opportunity for a hearing thereon; and there being no objections to the requested relief; and upon all of the proceedings herein; and no additional notice of or a hearing on the Motion being required under the circumstances; and, after due deliberation, the Court having determined that the Debtor has established sufficient cause for such extension and has demonstrated by a preponderance of the evidence that it is more likely than not that the Court will confirm a chapter 11 plan for the Debtor within a reasonable time; now, therefore, it is hereby

**ORDERED,** that the Motion is granted, and, pursuant to 11 U.S.C. § 1121(e)(3), the Debtor's exclusive time under 11 U.S.C. §§ 1121(e)(1)-(2) and 1129(e) to file and confirm a small business chapter 11 plan is extended from April 30, 2020 through and including August 31, 2020.

Dated: White Plains, New York
      April 30, 2020        */s/Robert D. Drain*
                                   UNITED STATES BANKRUPTCY JUDGE