**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| HAMPSTEAD GLOBAL, LLC, | Case No. 19-22721-rdd |
| Debtor. | **DECLARATION OF ADAM PERZOW** |

    I, Adam Perzow, hereby declare under penalty of perjury that no balance sheet, statement of operations or cash-flow statement has been prepared for the above-named Debtor, and that no Federal tax return has been filed by the Debtor as it is a disregarded entity. Executed on June 5, 2020.

                                                              /s/ Adam Perzow