**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> HAMPSTEAD GLOBAL, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-22721-rdd |

## ORDER APPROVING SETTLEMENT AGREEMENT
## AND DISMISSING CHAPTER 11 CASE

Upon the Debtor's motion to approve the Settlement Agreement annexed thereto, pursuant to Rule 9019, and dismiss this chapter 11 case, pursuant to Bankruptcy Code section 1112 and in accordance with the Settlement Agreement; and the Court having found that approval of the Settlement Agreement is fair and equitable and in the estate's best interest, and that cause exists to dismiss this chapter 11 case; and due and proper notice of the hearing on the motion having been given, pursuant to Rule 2002; and upon the record of the hearing on the motion; now, therefore, it is hereby:

ORDERED, that the motion is granted as provided herein; and it is further

ORDERED, that the Settlement Agreement is hereby approved, pursuant to Rule 9019; and it is further

ORDERED, that this chapter 11 case is hereby dismissed, pursuant to section 1112, without prejudice to any party moving to re-open this case pursuant to Bankruptcy Code section 350(b) and Rule 5010; and it is further

ORDERED, that the Debtor is prohibited from re-filing another bankruptcy case under chapter 11 or 7 of the Bankruptcy Code prior to completion of payments under the Settlement Agreement; and it is further

ORDERED, that notwithstanding dismissal of this chapter 11 case, this Court shall retain jurisdiction over all matters concerning the enforcement, implementation or interpretation of the Settlement Agreement.

Dated: _____, 2020

                                                       _____
                                                       Hon. Robert D. Drain
                                                       United States Bankruptcy Judge