KIRBY AISNER & CURLEY, LLP          *Hearing Date: July 7, 2020*
700 Post Road, Suite 237            *Hearing Time: 10:00 a.m.*
Scarsdale, New York 10583
(914) 401-9500
Dawn Kirby, Esq

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

                                        Chapter 11
HAMPSTEAD GLOBAL, LLC,                   Case No. 19-22721 (RDD)


                        Debtor.
-------------------------------------------------------------X

### NOTICE OF HEARING TO CONSIDER FINAL APPLICATION
### FOR ALLOWANCE OF PROFESSIONAL COMPENSATION
### AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE,** that upon the annexed motion (the "Motion"), Kirby Aisner &

Curley LLP ("KAC") will move this Court, before the Honorable Robert D. Drain, United States

Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New

York 10601, on July 7, 2020 at 10:00 a.m., or as soon thereafter as counsel may be heard, to

consider its application pursuant to, *inter alia*, §§503(b) and 330 of the Bankruptcy Code (the

"Application") as professional retained herein:

| Applicant & Nature of Representation | Compensation Requested | Unreimbursed Expenses | Period of Request |
|---|---|---|---|
| Kirby Aisner & Curley LLP *Attorneys for the Debtor* | $58,117.50 | $665.00 | 6/21/19– 6/15/20 |

**PLEASE TAKE FURTHER NOTICE** that the Application has been or will be filed at

the office of the Clerk of the Bankruptcy Court at the address stated above and may be examined

on the Courts website www.nysb.uscourts.gov/ (a PACER password and login are required) or

may be obtained by contacting the Applicants in writing.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon: (i) Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583, Attn. Dawn Kirby; (ii) Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10004, Attn: Shannon Scott, Esq.; and (iii) all parties filing notice of appearance so as to be received no later than seven (7) days prior to the hearing.

Dated:  Scarsdale, New York
       June 15, 2020

                        KIRBY AISNER & CURLEY LLP
                        700 Post Road, Suite 237
                        Scarsdale, New York 10583
                        (914) 401-9500

                      By: */s/ Dawn Kirby*
                             Dawn Kirby


TO:    The Debtor c/o Adam Perzow
        Amini LLC
        All Creditors and Parties in Interest
        United States Trustee
        All Parties Filing Notices of Appearance