**Exhibit "B"**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**FEE APPLICATION COVER SHEET**

**Case Name and Number:**

HAMPSTEAD GLOBAL, LLC            Case No. 19-22721 (rdd)

**CASE FILED**: March 30, 2019

**CHAPTER**: 11

**APPLICANT**: Kirby Aisner & Curley LLP

**ROLE IN CASE:** Attorneys for Debtor-in-Possession

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY.

                                                  */s/ Dawn Kirby*            *6/15/2020*
                                            SIGNATURE OF APPLICANT     DATE

**SECTION I**
**FEE SUMMARY**

| | |
|---|---|
| TOTAL PREVIOUS FEES & COSTS REQUESTED: | $0.00 |
| TOTAL FEES ALLOWED TO DATE: | $0.00 |
| TOTAL RETAINER (IF APPLICABLE) | $4,828.20 |
| TOTAL HOLDBACK (IF APPLICABLE) | $ n/a |
| TOTAL INTERIM PAYMENTS RECEIVED BY APPLICANT | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $4,828.20 |

| NAME OF PROFESSIONAL & TITLE | | RATE | HOURS | FEE |
|---|---|---|---|---|
| Dawn Kirby | Partner | $525 | 75.9 | $39,847.50 |
| Erica Aisner | Partner | $425 | 36.1 | $ 15,342.50 |
| Julie Curley | Partner | $425 | 5.0 | $ 2,125.00 |
| Jessica Hill | Associate | $295 | 1.5 | $ 442.50 |
| Bryn A. Leonardo | Paralegal | $150 | 2.4 | $ 360.00 |
| | | | **120.9** | **$58,117.50** |

**APPLICATION FEE TOTALS - Page 2**                  $58,117.50
**APPLICATION DISBURSEMENT TOTALS - Page 3**    $ 665.00
**BLENDED HOURLY RATE\*\* :**                          $ 480.71

===============================================

## SECTION II
## SECTION OF DISBURSEMENTS

| | DISBURSEMENTS | AMOUNT |
|---|---|---|
| a) | Copy Charges | $ 226.20 |
| b) | Court Call Charges | $ 140.00 |
| c) | Parking | $ 2.70 |
| c) | Postage | $ 197.20 |
| d) | ECF / Pacer Charges | $ 98.90 |
| | **DISBURSEMENT TOTAL:** | **$ 665.00** |

## SECTION III
## CASE HISTORY

(1) DATE CASE FILED:  March 30, 2019

(2) CHAPTER UNDER WHICH CASE WAS COMMENCED:     Chapter 11

(3) DATE OF RETENTION:    *Nunc pro tunc* as of June 21, 2019

(4) PRIOR APPLICATION HISTORY –  none.

## SECTION IV - BREAKDOWN OF CASE MATTERS

**See Attached**

Kirby Aisner Curley LLP
Transaction Report - Summary

| Professional | Title | Quantity | Hourly Rate | Total |
|---|---|---|---|---|
| Dawn Kirby | Partner | 75.9 | $ 525.00 | $ 39,847.50 |
| Erica R. Aisner | Partner | 36.1 | $ 425.00 | $ 15,342.50 |
| Julie Cvek Curley | Partner | 5 | $ 425.00 | $ 2,125.00 |
| Jessica Hill | Associated | 1.5 | $ 295.00 | $ 442.50 |
| Bryn Leonardo | Paralegal | 2.4 | $ 150.00 | $ 360.00 |
| **Total** | | **120.9** | | **$ 58,117.50** |

Kirby Aisner Curley LLP

Transaction Report - Summary

| Date | User | Description | Note | Quantity | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 8/6/2019 | Erica Aisner | 01 - Asset Analysis | Review AP Complaint. | 0.5 | $425.00 | $212.50 |
| | | **01 - Asset Analysis** | | **0.5** | | **$212.50** |
| 6/21/2019 | Erica Aisner | 04 - General Case Administration | Conference call with client regarding status and strategy. | 0.3 | $425.00 | $127.50 |
| 7/3/2019 | Erica Aisner | 04 - General Case Administration | Tc with client re strategy. | 0.3 | $425.00 | $127.50 |
| 7/8/2019 | Erica Aisner | 04 - General Case Administration | Review SBN Agreement (.5); and draft letter to JT re breach of confi (.3); Tc with client re same (.3). | 1.1 | $425.00 | $467.50 |
| 7/9/2019 | Erica Aisner | 04 - General Case Administration | Tc with client re strategy. | 0.2 | $425.00 | $85.00 |
| 7/12/2019 | Erica Aisner | 04 - General Case Administration | Review email from creditors (.1) counsel and draft and revise response (.4). Email with client re same (.2). | 0.7 | $425.00 | $297.50 |
| 7/17/2019 | Erica Aisner | 04 - General Case Administration | Review Motion to Dismiss. | 0.5 | $425.00 | $212.50 |
| 7/19/2019 | Erica Aisner | 04 - General Case Administration | Emails to/ from client and counsel for Stacks re settlement. | 0.7 | $425.00 | $297.50 |
| 7/23/2019 | Erica Aisner | 04 - General Case Administration | Tc with client re status and strategy. | 0.2 | $425.00 | $85.00 |
| 7/23/2019 | Erica Aisner | 04 - General Case Administration | Research re Motion to Dismiss. | 0.4 | $425.00 | $170.00 |
| 7/24/2019 | Erica Aisner | 04 - General Case Administration | Research issues relating to the dismissal motion. | 1.5 | $425.00 | $637.50 |
| 7/25/2019 | Erica Aisner | 04 - General Case Administration | Review settlement proposal from SB counsel (.2); tc with client re same (.1); tc with SB counsel (.1). | 0.4 | $425.00 | $170.00 |
| 7/29/2019 | Erica Aisner | 04 - General Case Administration | Research (1.0) and draft opposition to motion to dismiss (1.0); tcs (2x) with client re same (.5). | 2.5 | $425.00 | $1,062.50 |
| 7/30/2019 | Erica Aisner | 04 - General Case Administration | Research and draft Opposition to Motion to Dismiss. | 4.5 | $425.00 | $1,912.50 |
| 7/31/2019 | Erica Aisner | 04 - General Case Administration | Draft Opposition to Motion to Dismiss. | 5.5 | $425.00 | $2,337.50 |
| 8/1/2019 | Erica Aisner | 04 - General Case Administration | Tc with client to review comments to Opposition to Motion to Dismiss. | 0.3 | $425.00 | $127.50 |
| 8/2/2019 | Erica Aisner | 04 - General Case Administration | Review complaint for adversary proceeding. | 0.4 | $425.00 | $170.00 |
| 8/7/2019 | Erica Aisner | 04 - General Case Administration | Review Reply of SB to Motion to Dismiss. | 0.5 | $425.00 | $212.50 |
| 8/8/2019 | Erica Aisner | 04 - General Case Administration | Begin preparation for dismissal hearing. | 1 | $425.00 | $425.00 |

Kirby Aisner Curley LLP
Transaction Report - Summary

| Date | User | Description | Note | Quantity | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 8/9/2019 | Erica Aisner | 04 - General Case Administration | Prepare for (1.0) and attend hearing on Motion to Dismiss (1.5). | 2.5 | $425.00 | $1,062.50 |
| 8/15/2019 | Erica Aisner | 04 - General Case Administration | Emails to/ from client re strategy. | 0.2 | $425.00 | $85.00 |
| 8/28/2019 | Erica Aisner | 04 - General Case Administration | Tc with client re strategy. | 0.2 | $425.00 | $85.00 |
| 9/4/2019 | Erica Aisner | 04 - General Case Administration | Tc with client re pending motion and strategy. | 0.2 | $425.00 | $85.00 |
| 9/5/2019 | Erica Aisner | 04 - General Case Administration | Emails to/ from client re pending motion for the stay (.3). Review and revise email to SB's counsel (.7). Tc with client re same (.2). Tc with SB's counsel re claims between parties (.2); Research issues raised by SB counsel on call (1.0). | 2.4 | $425.00 | $1,020.00 |
| 9/7/2019 | Dawn Kirby | 04 - General Case Administration | Draft supplement to opposition to motion to dismiss. | 2.5 | $525.00 | $1,312.50 |
| 9/18/2019 | Dawn Kirby | 04 - General Case Administration | Telephone conference with Adam regarding pending exclusivity motion and motion to dismiss. | 0.6 | $525.00 | $315.00 |
| 9/18/2019 | Dawn Kirby | 04 - General Case Administration | Conference call with Rob Michaelson and Howard Magaliff regarding litigation issues. | 0.5 | $525.00 | $262.50 |
| 9/23/2019 | Dawn Kirby | 04 - General Case Administration | telephone conference Adam regarding motion to extend exclusivity. | 0.6 | $525.00 | $315.00 |
| 9/25/2019 | Dawn Kirby | 04 - General Case Administration | Compare Perzow PDF changes to Word version to determine what changes made (no blackline or word version provided) and make changes in the word document (1,0); prepare notice of motion (.5); prepare motion (.8); prepare proposed order (.5); telephone conference with Adam regarding discussions with J Teitelbaum (.4); telephone conference with Jay Teitelbaum regarding hearing date (.3); email response to J Teitelbaum email which mischaracterized phone discussions (.3) | 3.8 | $525.00 | $1,995.00 |
| 9/25/2019 | Dawn Kirby | 04 - General Case Administration | Emails with J Teitelbaum regarding his emails contained with lies, fabrications and threats. | 0.4 | $525.00 | $210.00 |

Kirby Aisner Curley LLP

Transaction Report - Summary

| Date | User | Description | Note | Quantity | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 9/26/2019 | Bryn Leonardo | 04 - General Case Administration | Effectuate Service of the Notice of Hearing on debtor's Motion for an Oder Extending Exclusive Periods together with Motion and exhibits. | 0.5 | $150.00 | $75.00 |
| 9/26/2019 | Bryn Leonardo | 04 - General Case Administration | Draft [0.1], Finalize [0.1] and Efile [0.1] - Certificate of Service re: Notice of Hearing on debtor's Motion for an Oder Extending Exclusive Periods together with Motion and exhibits | 0.3 | $150.00 | $45.00 |
| 10/1/2019 | Dawn Kirby | 04 - General Case Administration | Review Teitelbaum corrected objections. | 0.4 | $525.00 | $210.00 |
| 10/4/2019 | Dawn Kirby | 04 - General Case Administration | Final draft of supplement to opposition to motion to dismiss. | 2 | $525.00 | $1,050.00 |
| 10/4/2019 | Dawn Kirby | 04 - General Case Administration | Telephone conference with Adam and Ari regarding disclosure statement. | 0.2 | $525.00 | $105.00 |
| 11/26/2019 | Dawn Kirby | 04 - General Case Administration | Draft notice of adjournment of hearing | 0.2 | $525.00 | $105.00 |
| 12/3/2019 | Dawn Kirby | 04 - General Case Administration | telephone conference with client regarding supplemental submission and disclosure statement. | 0.3 | $525.00 | $157.50 |
| 12/9/2019 | Dawn Kirby | 04 - General Case Administration | Review first supplement, emails from Adam summarizing points he wants included in second supplement (.5); draft second supplement (2.0) | 2.5 | $525.00 | $1,312.50 |
| 12/9/2019 | Dawn Kirby | 04 - General Case Administration | Revise draft agenda of matters to be heard on December 13, 2019 (.2); email to J Teitelbaum and client concerning same (.1) | 0.3 | $525.00 | $157.50 |
| 12/16/2019 | Dawn Kirby | 04 - General Case Administration | Review J Teitelbaum lengthy email concerning settlement terms and A Perzow point-by-point response. | 0.3 | $525.00 | $157.50 |
| 12/16/2019 | Dawn Kirby | 04 - General Case Administration | Prepare for hearing on motions to dismiss, extend exclusivity, sanctions, status. | 2.5 | $525.00 | $1,312.50 |
| 12/16/2019 | Dawn Kirby | 04 - General Case Administration | Attend hearing on motions to dismiss, extend exclusivity, sanctions, status (2.5); conference call with A Perzow, C Higgs following the hearing (.4) | 2.9 | $525.00 | $1,522.50 |

Kirby Aisner Curley LLP

Transaction Report - Summary

| Date | User | Description | Note | Quantity | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 12/17/2019 | Dawn Kirby | 04 - General Case Administration | Draft email to J Teitelbaum concerning hearing and potential settlement, including client comments. | 0.5 | $525.00 | $262.50 |
| 1/12/2020 | Dawn Kirby | 04 - General Case Administration | Review letter from J Teitelbaum to Judge Drain (.1); email to client updating on letter and Judge's response (.1) | 0.2 | $525.00 | $105.00 |
| 1/13/2020 | Dawn Kirby | 04 - General Case Administration | Telephone conference Adam regarding response to J Teitelbaum letter to J Drain (.2); draft letter (1.8); incorporate changes (.2); Docket letter to Judge Drain (.1). | 2.3 | $525.00 | $1,207.50 |
| 1/15/2020 | Dawn Kirby | 04 - General Case Administration | Email M Bowse regarding terms of settlement discussed in court (.1); review transcript in depth concerning Judge's comments. | 0.5 | $525.00 | $262.50 |
| 2/18/2020 | Bryn Leonardo | 04 - General Case Administration | Effectuate service of of Debtor's Motion to Extend Its Time to Confirm Its Small Business Plan. | 1 | $150.00 | $150.00 |
| 2/23/2020 | Dawn Kirby | 04 - General Case Administration | Review detailed settlement email from M Bowse (.1); review plan and disclosure statement application to extend time to confirm plan for upcoming important dates and content (.1); email to M Bose and client concerning timing of approval of disclosure statement and other upcoming events(.1) | 0.3 | $525.00 | $157.50 |
| 2/24/2020 | Dawn Kirby | 04 - General Case Administration | Emails with client concerning timing for proceeding with Plan and Disclosure Statement hearing, in light of potential settlement. | 0.1 | $525.00 | $52.50 |
| 2/26/2020 | Dawn Kirby | 04 - General Case Administration | Review lengthy email from M Bowse regarding priority terms of settlement. | 0.1 | $525.00 | $52.50 |
| 3/4/2020 | Dawn Kirby | 04 - General Case Administration | Emails with Adam regarding whether an entity that fits the definition of small business debtor must file a small business case. | 0.2 | $525.00 | $105.00 |

Kirby Aisner Curley LLP

Transaction Report - Summary

| Date | User | Description | Note | Quantity | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 3/12/2020 | Dawn Kirby | 04 - General Case Administration | Contact chambers concerning adjourning April hearing to May, and email to A Perzow regarding hearing scheduling and need to file another extension motion. | 0.1 | $525.00 | $52.50 |
| 3/14/2020 | Dawn Kirby | 04 - General Case Administration | Emails with Adam regarding California state court action, retainer, retention of Duane Morris. | 0.1 | $525.00 | $52.50 |
| 3/27/2020 | Bryn Leonardo | 04 - General Case Administration | emails to/from Chambers regarding adjournment of hearings [2x]. | 0.4 | $150.00 | $60.00 |
| 3/30/2020 | Dawn Kirby | 04 - General Case Administration | Review letter from Stacks counsel to Judge Drain (.1); email to client concerning same (.1) | 0.2 | $525.00 | $105.00 |
| 4/2/2020 | Dawn Kirby | 04 - General Case Administration | Telephone conference Adam Perzow concerning goals and revisions to letter. | 0.3 | $525.00 | $157.50 |
| 4/2/2020 | Dawn Kirby | 04 - General Case Administration | Revisions to letter to Judge Drain responding to letter from Jay Teitelbaum concerning retention of special litigation counsel. | 1 | $525.00 | $525.00 |
| 4/6/2020 | Dawn Kirby | 04 - General Case Administration | Revision of new version of responsive letter provided by Adam Perzow (.2); email to clients regarding revision to letter and intended motion to withdraw as counsel. | 0.3 | $525.00 | $157.50 |
| 4/7/2020 | Dawn Kirby | 04 - General Case Administration | Email to J Teitelbaum regarding efiling responsive letters. | 0.2 | $525.00 | $105.00 |
| 4/15/2020 | Dawn Kirby | 04 - General Case Administration | Emails with client(s) regarding submission of letter to Judge Drain, controversy concerning submitting letters on ECF. | 0.8 | $525.00 | $420.00 |
| 4/15/2020 | Dawn Kirby | 04 - General Case Administration | Review letter from J Teitelbaum to Judge Drain (.1); email to client concerning content of letter and suggested response (.1) | 0.2 | $525.00 | $105.00 |
| 4/16/2020 | Dawn Kirby | 04 - General Case Administration | Email to all parties and court concerning call in number for upcoming hearing. | 0.2 | $525.00 | $105.00 |
| 4/20/2020 | Dawn Kirby | 04 - General Case Administration | telephone call Adam regarding upcoming c0urt conference and potential settlement (.2); telephone conference with the Court and all parties (.8) | 1 | $525.00 | $525.00 |

Kirby Aisner Curley LLP
Transaction Report - Summary

| Date | User | Description | Note | Quantity | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 5/20/2020 | Bryn Leonardo | 04 - General Case Administration | T/c with client to set up Court Solutions account. | 0.2 | $150.00 | $30.00 |
| 5/21/2020 | Dawn Kirby | 04 - General Case Administration | Telephone conference A Perzow regarding his attempts to contact business person at Stacks to have settlement call, demand of Jay Teitelbaum for settlement discussions on a recorded line only (.4) email to Jay Teitelbaum objecting to recording settlement discussions (.1) | 0.5 | $525.00 | $262.50 |
| 5/26/2020 | Dawn Kirby | 04 - General Case Administration | Telephone conference with Adam, Jeff K, Michael B regarding continued efforts at settlement discussions. | 0.8 | $525.00 | $420.00 |
| 5/28/2020 | Dawn Kirby | 04 - General Case Administration | Review settlement proposal from J Teitelbaum (.2) email and text to client regarding basic terms(.1) | 0.3 | $525.00 | $157.50 |
| 5/28/2020 | Dawn Kirby | 04 - General Case Administration | Telephone conference with Adam in preparation for settlement call tomorrow. | 0.5 | $525.00 | $262.50 |
| 5/29/2020 | Dawn Kirby | 04 - General Case Administration | Settlement conference call. | 0.4 | $525.00 | $210.00 |
| 6/9/2020 | Dawn Kirby | 04 - General Case Administration | Emails with Ms. Li concerning availability for next hearing date. | 0.1 | $525.00 | $52.50 |
| 6/12/2020 | Dawn Kirby | 04 - General Case Administration | Emails with US Trustee regarding intention to objection to motion to dismiss (.2); email to J Chubak inquiring whether A Perzow will resolve KAC legal fees (.1); review motion to dismiss (.3); begin draft of fee application (1.0); begin draft of objection to motion to dismiss (1.0) | 2.6 | $525.00 | $1,365.00 |
| | | **04 - General Case Administration** | | **62.7** | | **$29,367.50** |
| 12/9/2019 | Dawn Kirby | 05 - Claims Administration and Objection | Revision of client's comments to second supplement to motion to dismiss. (1.4) Email questions to client concerning client's comments (.1) | 1.5 | $525.00 | $787.50 |

Kirby Aisner Curley LLP
Transaction Report - Summary

| Date | User | Description | Note | Quantity | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 12/24/2019 | Dawn Kirby | 05 - Claims Administration and Objection | Emails with client and J Teitelbaum regarding potential settlement (.4); revisions to disclosure statement based upon revised terms of settlement as discussed with J Drain at last hearing (2.5) | 2.9 | $525.00 | $1,522.50 |
| 2/15/2020 | Dawn Kirby | 05 - Claims Administration and Objection | Review and comment on draft stipulation and order resolving issues with Stacks, including comments and blackline copy to M Bowers. | 0.6 | $525.00 | $315.00 |
| 5/27/2020 | Dawn Kirby | 05 - Claims Administration and Objection | Settlement Conference call with Hampstead team and Stacks team (.8); follow up call with Hampstead team (.2) | 1.1 | $525.00 | $577.50 |
| 6/5/2020 | Dawn Kirby | 05 - Claims Administration and Objection | Preparation of Petition Subchapter V. | 0.2 | $525.00 | $105.00 |
| | | **05 - Claims Administration and Objection** | | **6.3** | | **$3,307.50** |
| 6/25/2019 | Erica Aisner | 07 - Fee/Employment Applications | Tc with client re retention pleadings (.1); review and revise pleadings (.2). | 0.3 | $425.00 | $127.50 |
| 3/13/2020 | Dawn Kirby | 07 - Fee/Employment Applications | Review terms of Duane Morris retainer agreement (.3); telephone call Jeff Kahane regarding same (.2); email to A Perzow regarding same (.2) | 0.7 | $525.00 | $367.50 |
| 3/14/2020 | Dawn Kirby | 07 - Fee/Employment Applications | Draft retention application (.7); declaration (.4); lar dan affidavit (.4); proposed order (.2) | 1.9 | $525.00 | $997.50 |
| 3/16/2020 | Dawn Kirby | 07 - Fee/Employment Applications | Emails with J Kahane concerning request to confirm his firm does not hold an interest adverse to the debtor. | 0.2 | $525.00 | $105.00 |
| 3/18/2020 | Dawn Kirby | 07 - Fee/Employment Applications | Emails with client and special counsel concerning retention docs and nunc pro tunc dates (.1); revise dates (.2) | 0.3 | $525.00 | $157.50 |
| 3/18/2020 | Dawn Kirby | 07 - Fee/Employment Applications | Modifications to Duane Morris retention documents. | 2 | $525.00 | $1,050.00 |
| 4/7/2020 | Dawn Kirby | 07 - Fee/Employment Applications | Draft notice of motion on hearing to retain special counsel (.2); email to creditors and client regarding same (.1) | 0.3 | $525.00 | $157.50 |

Kirby Aisner Curley LLP

Transaction Report - Summary

| Date | User | Description | Note | Quantity | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 4/8/2020 | Dawn Kirby | 07 - Fee/Employment Applications | Revise notice, application and order to update to today's date and to insert the word exclusive per A Perzow request (.8); email to A Perzow and A Gati concerning request for authorization to file documents and explanation of effects of including the word exclusive (.2). | 1 | $525.00 | $525.00 |
| 4/9/2020 | Jessica Hill | 07 - Fee/Employment Applications | Draft Interim Fee Application | 1.5 | $295.00 | $442.50 |
| 5/15/2020 | Dawn Kirby | 07 - Fee/Employment Applications | Court appearance on retention of Duane Morris(.7); revise order (.3); email to J Teitelbaum and J Kahane regarding granting of motion (.3) | 1.3 | $525.00 | $682.50 |
| 5/21/2020 | Dawn Kirby | 07 - Fee/Employment Applications | Download and review Duane Morris retention application; email to J Kahane and A Perzow. | 0.1 | $525.00 | $52.50 |
| 6/9/2020 | Dawn Kirby | 07 - Fee/Employment Applications | Draft/efile/serve response to application to retain substitute counsel - correcting false statements disparaging KAC. | 3 | $525.00 | $1,575.00 |
| 6/13/2020 | Dawn Kirby | 07 - Fee/Employment Applications | Draft Final Fee Application. | 4 | $525.00 | $2,100.00 |
| | | **07 - Fee/Employment Applications** | | **16.6** | | **$8,340.00** |
| 8/5/2019 | Erica Aisner | 12 - Plan and Disclosure Statement | Conference with DK and JC re plan terms. | 0.4 | $425.00 | $170.00 |
| 8/8/2019 | Julie Curley | 12 - Plan and Disclosure Statement | Begin draft of Disclosure Statement | 2 | $425.00 | $850.00 |
| 8/8/2019 | Erica Aisner | 12 - Plan and Disclosure Statement | Revise Plan (3.1); Numerous telephone calls with client re same (.5); emails to/ from client on Plan revisions (.2); efile Plan (.1). | 3.9 | $425.00 | $1,657.50 |
| 8/12/2019 | Julie Curley | 12 - Plan and Disclosure Statement | Draft Disclosure Statement [2.5]; Draft Plan Distribution spreadsheet [0.5] | 3 | $425.00 | $1,275.00 |
| 9/13/2019 | Dawn Kirby | 12 - Plan and Disclosure Statement | Review emails and documents from client in connection with affidavit to be filed in suppoort of exclusivity extention. | 0.5 | $525.00 | $262.50 |
| 9/13/2019 | Dawn Kirby | 12 - Plan and Disclosure Statement | Begin draft of motion to extend exclusivity. | 0.5 | $525.00 | $262.50 |
| 9/15/2019 | Dawn Kirby | 12 - Plan and Disclosure Statement | Draft affidavit in support of extending exclusivity. | 3 | $525.00 | $1,575.00 |

Kirby Aisner Curley LLP
Transaction Report - Summary

| Date | User | Description | Note | Quantity | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 9/17/2019 | Dawn Kirby | 12 - Plan and Disclosure Statement | Continued draft exclusivity motion (1.0); draft supplement to objection to dismissal motion. (2.0) | 3 | $525.00 | $1,575.00 |
| 12/10/2019 | Dawn Kirby | 12 - Plan and Disclosure Statement | Email with A Perzow regarding disclosure statement. | 0.1 | $525.00 | $52.50 |
| 1/24/2020 | Dawn Kirby | 12 - Plan and Disclosure Statement | Amend Plan (1.0); final draft disclosure statement (2.5) | 3.5 | $525.00 | $1,837.50 |
| 2/15/2020 | Dawn Kirby | 12 - Plan and Disclosure Statement | Draft Motion for an order extending time to confirm plan, notice of motion, and proposed order. | 0.8 | $525.00 | $420.00 |
| 3/4/2020 | Dawn Kirby | 12 - Plan and Disclosure Statement | Emails with Adam concerning upcoming deadlines, drafting of amended plan, potential costs of proceeding under Subchapter V. | 0.4 | $525.00 | $210.00 |
| 3/20/2020 | Dawn Kirby | 12 - Plan and Disclosure Statement | Draft revised disclosure statement. | 3 | $525.00 | $1,575.00 |
| 3/26/2020 | Dawn Kirby | 12 - Plan and Disclosure Statement | Respond to email from Adam concerning timing for filing second amended plan and request for further extension of time to confirm. | 0.3 | $525.00 | $157.50 |
| 3/27/2020 | Dawn Kirby | 12 - Plan and Disclosure Statement | Emails with Adam concerning timing of moving forward with plan, hearing dates, extension of time to confirm. | 0.1 | $525.00 | $52.50 |
| 3/30/2020 | Dawn Kirby | 12 - Plan and Disclosure Statement | Begin draft of motion to extend time to confirm plan. | 0.4 | $525.00 | $210.00 |
| 4/7/2020 | Dawn Kirby | 12 - Plan and Disclosure Statement | Draft motion to extend time to confirm plan. | 1 | $525.00 | $525.00 |
| 4/7/2020 | Dawn Kirby | 12 - Plan and Disclosure Statement | Respond to Adam's query regarding exclusivity. | 0.1 | $525.00 | $52.50 |
| 4/7/2020 | Dawn Kirby | 12 - Plan and Disclosure Statement | Email to J Teitelbaum concerning requirement to file letters on docket in light of J Drain's email asking parties to consider putting matters on hold. | 0.1 | $525.00 | $52.50 |
| 4/8/2020 | Dawn Kirby | 12 - Plan and Disclosure Statement | Email to Adam regarding filed motion to extend time to confirm plan through August 31 and request for service email addresses. | 0.2 | $525.00 | $105.00 |
| 4/8/2020 | Dawn Kirby | 12 - Plan and Disclosure Statement | Email explanation concerning extension of time to exclusively file plan vs extension of time to confirm plan. | 0.3 | $525.00 | $157.50 |

Kirby Aisner Curley LLP

Transaction Report -  Summary

| Date | User | Description | Note | Quantity | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 4/27/2020 | Dawn Kirby | 12 - Plan and Disclosure Statement | Email to J Drain concerning extension of time to confirm (.2); email to A Perzow concerning same (.1) | 0.3 | $525.00 | $157.50 |
| 4/30/2020 | Dawn Kirby | 12 - Plan and Disclosure Statement | Email to Judge Drain regarding order extending time to confirm (.1); emails to Adam regarding same (.1) | 0.2 | $525.00 | $105.00 |
| | | **12 - Plan and Disclosure Statement** | | **27.1** | | **$13,297.50** |
| 8/2/2019 | Erica Aisner | 13 - Relief from Stay Proceedings | Continue drafting, revising and finalizing Opposition to Motion to Dismiss. | 4.5 | $425.00 | $1,912.50 |
| 9/13/2019 | Dawn Kirby | 13 - Relief from Stay Proceedings | Conference call with A Perzow regarding extending exclusivity, supplement to opposition to motion to dismiss. | 0.9 | $525.00 | $472.50 |
| 6/13/2020 | Dawn Kirby | 13 - Relief from Stay Proceedings | Initial draft of opposition to objection to Debtor's motion to dismiss chapter 11 case. | 2 | $525.00 | $1,050.00 |
| | | **13 - Relief from Stay Proceedings** | | **7.4** | | **$3,435.00** |
| 10/28/2019 | Dawn Kirby | 15 - Operating Statements | Review September monthly operating report. | 0.1 | $525.00 | $52.50 |
| 12/10/2019 | Dawn Kirby | 15 - Operating Statements | Review November MOR (.1); email to client regarding same (.1) | 0.2 | $525.00 | $105.00 |
| | | **15 - Operating Statements** | | **0.3** | | **$157.50** |
| | | | **Grand Total** | **120.9** | | **$58,117.50** |

Kirby Aisner Curley LLP
Transaction Report - Summary

| Date | Activity Type | Description | Quantity | Price | Total |
|---|---|---|---:|---:|---:|
| 5/14/2020 | Expense entry | Court Call | 1 | $70.00 | $70.00 |
| 5/20/2020 | Expense entry | Court Call | 1 | $70.00 | $70.00 |
| | | **Court Call** | **2** | | **$140.00** |
| 8/6/2019 | Expense entry | On-line Access of Court Records | 8 | $0.10 | $0.80 |
| 8/8/2019 | Expense entry | On-line Access of Court Records | 94 | $0.10 | $9.40 |
| 8/27/2019 | Expense entry | On-line Access of Court Records | 1 | $0.10 | $0.10 |
| 9/5/2019 | Expense entry | On-line Access of Court Records | 85 | $0.10 | $8.50 |
| 9/11/2019 | Expense entry | On-line Access of Court Records | 16 | $0.10 | $1.60 |
| 9/18/2019 | Expense entry | On-line Access of Court Records | 7 | $0.10 | $0.70 |
| 9/25/2019 | Expense entry | On-line Access of Court Records | 5 | $0.10 | $0.50 |
| 9/26/2019 | Expense entry | On-line Access of Court Records | 61 | $0.10 | $6.10 |
| 10/3/2019 | Expense entry | On-line Access of Court Records | 9 | $0.10 | $0.90 |
| 10/4/2019 | Expense entry | On-line Access of Court Records | 26 | $0.10 | $2.60 |
| 10/28/2019 | Expense entry | On-line Access of Court Records | 10 | $0.10 | $1.00 |
| 12/2/2019 | Expense entry | On-line Access of Court Records | 68 | $0.10 | $6.80 |
| 12/9/2019 | Expense entry | On-line Access of Court Records | 20 | $0.10 | $2.00 |
| 12/10/2019 | Expense entry | On-line Access of Court Records | 20 | $0.10 | $2.00 |
| 12/16/2019 | Expense entry | On-line Access of Court Records | 362 | $0.10 | $36.20 |
| 1/24/2020 | Expense entry | On-line Access of Court Records | 10 | $0.10 | $1.00 |
| 3/11/2020 | Expense entry | On-line Access of Court Records | 31 | $0.10 | $3.10 |
| 3/19/2020 | Expense entry | On-line Access of Court Records | 20 | $0.10 | $2.00 |
| 3/19/2020 | Expense entry | On-line Access of Court Records | 20 | $0.10 | $2.00 |
| 3/31/2020 | Expense entry | On-line Access of Court Records | 16 | $0.10 | $1.60 |
| 4/7/2020 | Expense entry | On-line Access of Court Records | 31 | $0.10 | $3.10 |
| 4/9/2020 | Expense entry | On-line Access of Court Records | 47 | $0.10 | $4.70 |
| 5/15/2020 | Expense entry | On-line Access of Court Records | 9 | $0.10 | $0.90 |
| 5/19/2020 | Expense entry | On-line Access of Court Records | 1 | $0.10 | $0.10 |
| 5/20/2020 | Expense entry | On-line Access of Court Records | 12 | $0.10 | $1.20 |
| | | **On-line Access of Court Records** | **989** | | **$98.90** |

Kirby Aisner Curley LLP
Transaction Report - Summary

| Date | Activity Type | Description | Quantity | Price | Total |
|---|---|---|---|---|---|
| 2/4/2020 | Expense entry | Parking | 1 | $2.70 | $2.70 |
| | | **Parking** | **1** | | **$2.70** |
| 8/9/2019 | Expense entry | Photocopies | 462 | $0.10 | $46.20 |
| 10/4/2019 | Expense entry | Photocopies | 504 | $0.10 | $50.40 |
| 12/19/2019 | Expense entry | photocopies | 1144 | $0.10 | $114.40 |
| 2/24/2020 | Expense entry | photocopies | 152 | $0.10 | $15.20 |
| | | **photocopies** | **2262** | | **$226.20** |
| 8/5/2019 | Expense entry | Postage | 16 | $1.30 | $20.80 |
| 8/5/2019 | Expense entry | Postage | 2 | $2.71 | $5.42 |
| 8/5/2019 | Expense entry | Postage | 2 | $4.16 | $8.32 |
| 8/5/2019 | Expense entry | Postage | 2 | $4.06 | $8.12 |
| 8/8/2019 | Expense entry | Postage | 2 | $4.16 | $8.32 |
| 8/8/2019 | Expense entry | Postage | 2 | $4.06 | $8.12 |
| 8/8/2019 | Expense entry | Postage | 2 | $2.71 | $5.42 |
| 8/8/2019 | Expense entry | Postage | 16 | $1.30 | $20.80 |
| 9/26/2019 | Expense entry | Postage | 2 | $4.06 | $8.12 |
| 9/26/2019 | Expense entry | Postage | 2 | $4.16 | $8.32 |
| 9/26/2019 | Expense entry | Postage | 16 | $1.30 | $20.80 |
| 9/26/2019 | Expense entry | Postage | 2 | $2.71 | $5.42 |
| 10/3/2019 | Expense entry | Postage | 2 | $1.98 | $3.96 |
| 10/3/2019 | Expense entry | Postage | 15 | $0.50 | $7.50 |
| 10/3/2019 | Expense entry | Postage | 2 | $1.15 | $2.30 |
| 10/3/2019 | Expense entry | Postage | 2 | $2.13 | $4.26 |
| 12/10/2019 | Expense entry | Postage | 22 | $1.60 | $35.20 |
| 2/3/2020 | Expense entry | postage | 1 | $1.20 | $1.20 |
| 2/3/2020 | Expense entry | Postage | 1 | $0.65 | $0.65 |
| 2/3/2020 | Expense entry | postage | 1 | $0.65 | $0.65 |

Kirby Aisner Curley LLP
Transaction Report - Summary

| Date | Activity Type | Description | Quantity | Price | Total |
|---|---|---|---|---|---|
| 2/3/2020 | Expense entry | Postage | 1 | $1.20 | $1.20 |
| 2/18/2020 | Expense entry | postage | 15 | $0.50 | $7.50 |
| 2/18/2020 | Expense entry | postage | 4 | $1.20 | $4.80 |
| | | **postage** | **132** | | **$197.20** |
| | | **Expenses Total** | | | **$665.00** |