KIRBY AISNER & CURLEY LLP
*Attorneys for the Debtor*
700 Post Road, Ste. 237
Scarsdale, New York 10583
(914) 401-9500
Dawn Kirby, Esq.
dkirby@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

HAMPSTEAD GLOBAL, LLC,                     Chapter 11
                                                                       Case No. 19-22721 (RDD)
                                Debtor.
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, Bryn A. Leonardo do hereby affirm under penalty of perjury, that I am not a party to the action, and I am over 18 years of age, and I am an employee of the law firm of Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583.

      On the 15th day of June 2020, Deponent served a copy of the *Notice of Hearing to Consider Final Application for Allowance of Professional Compensation and Reimbursement of Expenses together with Motion and related exhibits thereto,* upon the parties listed on the Service List attached hereto, in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service by Regular Mail delivery or via electronic mail were indicated.

      Additionally, all parties received ECF/CM System notifications received same.

                                                                                         */s/ Bryn A. Leonardo*
                                                                                         Bryn A. Leonardo

# SERVICE LIST

| | | |
|---|---|---|
| Ari Gati<br>2811 Colorado Ave #1<br>Santa Monica, CA 90404<br>ari@arigati.com | Barbara Etinson<br>5150 Macdonald Ave<br>Cote Saint Luc, H3X2V7 | Bowse Law Group, P.C.<br>801 S. Figueroa St., 25th Floor<br>Los Angeles, CA 90017<br>mbowse@bowselawgroup.com |
| Carmen Marx<br>Wagramerstrasse 17-19 1220<br>Vienna Austria | Corporate Filings LLC<br>30 N Gould St<br>STE 7001<br>Sheridan, WY 82801<br>info@delawareregisteredagent.com | Digital Ocean LLC<br>101 6th Ave<br>New York, NY 10013<br>support@digitalocean.com |
| Division of Corporations<br>John G. Townsend Bldg.<br>401 Federal Street Suite 4<br>Dover, DE 19901<br>corp@delaware.gov | Google Gsuite<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043<br>info@google.com | Identity digital<br>158-36 Cross Bay Blvd,<br>Howard Beach, NY 11414 |
| Josh Perzow<br>5875 Cavendish Blvd<br>Montreal, Quebec H4W2X3<br>Canada<br>; joshperzow@gmail.com | Julie Aaron<br>2811 Colorado Ave #1<br>Santa Monica, CA 90404<br>juliearon76@gmail.com | Latin Lending Group<br>2811 Colorado Ave #1<br>Santa Monica, CA 90404 |
| One Unit<br>228C Stanley Street<br>Singapore, 06873 | Regus<br>520 White Plains Rd<br>Tarrytown, NY 10591<br>support@regus.com<br>info@regus.com | Ross Stokes<br>53b grange road<br>03-02 spring grove<br>Singapore, 249565<br>rstokes678@gmail.com |
| Shannon Scott, Esq.<br>Office of the U.S. Trustee<br>Shannon.Scott2@usdoj.gov | Charles A Higgs<br>Law Office of Charles A. Higgs<br>450 Lexington Avenue, Ste 4th FL<br>New York, NY 10017<br>charles@freshstartesq.com | T Mobile Bankruptcy Team<br>PO Box 53410<br>Bellevue, WA 98015 |
| Teitelbaum Law Group LLC<br>jteitelbaum@tblawllp.com | The Rocket Science Group, LLC<br>675 Ponce de Leon Ave NE<br>Suite 5000<br>Atlanta, GA 30308<br>support@mailchimp.com | Richard Spencer<br>rspencer@rspencerlaw.com |
| Jeffrey Kahane<br>Duane Morris LLP<br>865 South Figueroa Street, Suite 3100<br>Los Angeles, CA 90017-5450<br>JKahane@duanemorris.com | Adam Perzow<br>adamperzow@gmail.com | Jeffrey Chubak<br>Amini LLC<br>131 West 35th Street, 12th Floor<br>New York, NY 10001<br>jchubak@aminillc.com |