**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**FEE APPLICATION COVER SHEET**

**Case Name and Number:**

HAMPSTEAD GLOBAL, LLC                    Case No. 19-22721 (rdd)

**CASE FILED**: March 30, 2019

**CHAPTER**:  11

**APPLICANT**: Law Office of Charles A. Higgs

**ROLE IN CASE:** Special Litigation Attorney for Debtor-in-Possession

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY.

*/s/ Charles A. Higgs*          *6/28/2020*
SIGNATURE OF APPLICANT       DATE

**SECTION I**
**FEE SUMMARY**

| | |
|---|---|
| TOTAL PREVIOUS FEES & COSTS REQUESTED: | $0.00 |
| TOTAL FEES ALLOWED TO DATE: | $0.00 |
| TOTAL RETAINER (IF APPLICABLE) | $2,300.00 |
| TOTAL HOLDBACK (IF APPLICABLE) | $ n/a |
| TOTAL INTERIM PAYMENTS RECEIVED BY APPLICANT | $0.00 |
| TOTAL RECEIVED BY APPLICANT | $2,300.00 |

| NAME OF PROFESSIONAL & TITLE | RATE | HOURS | FEE |
|---|---|---|---|
| Charles A. Higgs        Partner | $400 | 41.1 | $16,350.00 |
| | | **41.1** | **$16,350.00** |

**APPLICATION FEE TOTALS - Page 2**                                        **$16,350.00**
**APPLICATION DISBURSEMENT TOTALS - Page 3**                  **$   373.35**
**BLENDED HOURLY RATE** :                                                 **$   400.00**
========================================

## SECTION II
## SECTION OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | Court Filing Fee | $  350.00 |
| b) | Postage | $   23.35 |
| | **DISBURSEMENT TOTAL:** | **$  373.35** |

# SECTION III
## CASE HISTORY

(1)    DATE CASE FILED:  March 30, 2019

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED:        Chapter 11

(3)    DATE OF RETENTION:    *Nunc pro tunc* as of July 17, 2019

(4)    PRIOR APPLICATION HISTORY – none.


## SECTION IV - BREAKDOWN OF CASE MATTERS

### See Attached

Law Office of Charles A. Higgs
Transaction Report - Summary

| DATE | PROFESSIONAL | DESCRIPTION | ACTIVITY | DURATION | HOURLY RATE | TOTAL |
|---|---|---|---|---|---|---|
| 4/30/20 | Charles Higgs | Litigation Adv. Proc and Contempt | Phone call with Debtor (A. Perzow) to discuss litigation strategies going forward | 0.4 | $400.00 | $160.00 |
| 4/6/20 | Charles Higgs | Litigation/Adv. Proc and Contempt | Phone call with Debtor (A. Perzow) to discuss letter submitted to Court by Creditor (J. Teitelbaum) | 0.4 | $400.00 | $160.00 |
| 3/23/20 | Charles Higgs | Litigation/Adv. Proc and Contempt | Phone call with Debtor (A. Perzow) to discuss litigation strategies and potential options for resolution of litigation | 0.3 | $400.00 | $120.00 |
| 3/11/20 | Charles Higgs | Litigation/Adv. Proc and Contempt | Follow up Phone call with Debtor (A. Perzow) to discuss litigation and increased damages related to change in economic environment | 0.3 | $400.00 | $120.00 |
| 3/10/20 | Charles Higgs | Litigation/Adv. Proc and Contempt | Phone call with Debtor (A. Perzow) to discuss litigation and increased damages related to change in economic environment | 0.3 | $400.00 | $130.00 |
| 12/16/19 | Charles Higgs | Litigation/Adv. Proc and Contempt | Travel Time to Court | 0.5 | $200.00 | $100.00 |
| 12/16/19 | Charles Higgs | Litigation/Adv. Proc and Contempt | Review file and prepare for Court Hearing | 1.2 | $400.00 | $480.00 |
| 12/16/19 | Charles Higgs | Litigation | Appearance at pre-trial hearing and Motion for Contempt and post-hearing discussion with D. Kirby and J. Teitelbaum | 2.5 | $400.00 | $1,000.00 |
| 12/16/19 | Charles Higgs | Litigation | Phone Call with Debtor (A. Perzow) and Debtor's Counsel (D. Kirby) re: Recap of Court Hearing | 0.4 | $400.00 | $160.00 |
| 12/2/19 | Charles Higgs | Litigation/Contempt Motion | Review Debtor's proposed revisions to Reply in Support of Stay Violation/Contempt | 0.3 | $400.00 | $120.00 |
| 12/2/19 | Charles Higgs | Litigation/Contempt Motion | File and Serve Reply to Creditor's Opposition to Debtor's Stay Violation/Contempt Motion | 0.4 | $400.00 | $160.00 |
| 12/2/19 | Charles Higgs | Litigation/Contempt Motion | Email to Debtor (A. Perzow) re: Reply to Stay Violation/Contempt Motion and Bowse Declaration | 0.2 | $400.00 | $80.00 |
| 11/29/19 | Charles Higgs | Litigation/Contempt Motion | Review email from Debtor (A. Perzow) regarding Reply to Stay Violation Motion | 0.2 | $400.00 | $80.00 |
| 11/28/19 | Charles Higgs | Litigation/Contempt Motion | Email to Debtor (A. Perzow) with Reply to Stay Violation/Contempt Motion | 0.2 | $400.00 | $80.00 |
| 11/26/19 | Charles Higgs | Litigation/Contempt Motion | Review Debtor's Additional revision requests to Reply in Support of Stay Violation/Contempt | 0.5 | $400.00 | $200.00 |
| 11/21/19 | Charles Higgs | Litigation/Contempt Motion | Review Debtor's revision requests to Reply in Support | 0.3 | $400.00 | $120.00 |
| 11/18/19 | Charles Higgs | Litigation/Contempt Motion | Email Reply in Support of Stay Violation/Contempt to Debtor | 0.2 | $400.00 | $80.00 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/18/19 | Charles Higgs | Litigation/Contempt Motion | Continue Drafting Reply in Support of Stay Violation/Contempt | 2.3 | $400.00 | $920.00 |
| 11/14/19 | Charles Higgs | Litigation/Contempt Motion | Revise Reply to Opposition to Stay Violation/Contempt Motion | 0.7 | $400.00 | $280.00 |
| 11/6/19 | Charles Higgs | Litigation/Contempt Motion | Review email from Debtor regarding classification of Stack's Claim | 0.3 | $400.00 | $120.00 |
| 11/6/19 | Charles Higgs | Litigation/Contempt Motion | Review and respond to email from Debtor's Attorney (D. Kirby) re: Staus of Reply | 0.2 | $400.00 | $80.00 |
| 10/28/19 | Charles Higgs | Litigation/Contempt Motion | Review email from Debtor and attached Letter of Intent (PSA) agreement between Stacks and Debtor | 0.3 | $400.00 | $120.00 |
| 10/28/19 | Charles Higgs | Litigation/Contempt Motion | Phone Call with Debtor (A. Perzow) to discuss draft of Reply to Stacks Opposition to Contempt Motion | 0.6 | $400.00 | $240.00 |
| 10/23/19 | Charles Higgs | Litigation/Contempt Motion | Review email from Debtor with Letter of Intent (PSA) agreement between the Debtor and Stacks | 0.3 | $400.00 | $120.00 |
| 10/19/19 | Charles Higgs | Litigation/Contempt Motion | Review email from Debtor re: California Case filed by stacks | 0.2 | $400.00 | $80.00 |
| 10/8/19 | Charles Higgs | Litigation/Adv. Proc. And Contempt Motion | In person meeting with Debtor (A. Perzow) to discuss litigation strategy | 1 | $400.00 | $400.00 |
| 10/8/19 | Charles Higgs | Litigation/Adv. Proc. And Contempt Motion | Review case file and notes in preparation of meeting with Debtor to discuss litigation | 0.5 | $400.00 | $200.00 |
| 10/4/19 | Charles Higgs | Litigation/Contempt Motion | Initial Draft of Reply to Opposition to Stay Violation/Contempt Motion | 0.8 | $400.00 | $320.00 |
| 10/2/19 | Charles Higgs | Litigation/Adv. Proc. And Contempt Motion | Review Email from Debtor re: california Case filed by stacks | 0.2 | $400.00 | $80.00 |
| 10/1/19 | Charles Higgs | Litigation/Contempt Motion | Review Creditor's Opposition to Sanctions Motion | 0.6 | $400.00 | $240.00 |
| 9/25/19 | Charles Higgs | Litigation/Contempt Motion | File and Serve Supplemental Memo in Support of Stay Violation/Contempt Motion | 0.5 | $400.00 | $200.00 |
| 9/25/19 | Charles Higgs | Litigation/Contempt Motion | Make revisions requested by Debtor to Supplemental Memo in Support of Contempt Motion | 0.5 | $400.00 | $200.00 |
| 9/24/19 | Charles Higgs | Litigation/Contempt Motion | Revise Supplemental Memo in Support of Contempt Motion | 0.5 | $400.00 | $200 |
| 9/24/19 | Charles Higgs | Litigation/Contempt Motion | Email to Debtor (A. Perzow) w/Supplemental Memo | 0.2 | $400.00 | $80.00 |
| 9/24/19 | Charles Higgs | Litigation/Adv. Proc. And Contempt Motion | At Debtor's request, review Debtor's Motion to Extend to make sure it isnt detrimental to the on-going litigation | 0.4 | $400.00 | $160.00 |
| 9/19/19 | Charles Higgs | Litigation/Adversary Proceeding | Review Answer to Adversary Complaint filed by Creditor/Defendant | 0.4 | $400.00 | $160 |
| 9/17/19 | Charles Higgs | Litigation/Contempt Motion | Draft Supplemental Memorandum of Law in Support of Stay Violation/Contempt Motion | 2.3 | $400.00 | $920.00 |
| 9/11/19 | Charles Higgs | Litigation/Contempt Motion | Call with Debtor (A. Perzow) to discuss making amendments to the stay violation and potential resolution of litigation | 0.4 | $400.00 | $160.00 |
| 9/9/19 | Charles Higgs | Litigation/Contempt Motion | Call with Debtor (A. Perzow) to discuss the California Action and potential amendment or supplement to Contempt Motion | 0.5 | $400.00 | $200.00 |
| 9/3/19 | Charles Higgs | Litigation/Contempt Motion | File and Serve Motion for Violation of the Automatic Stay/Contempt | 0.4 | $400.00 | $160.00 |
| 8/29/19 | Charles Higgs | Litigation/Contempt Motion | Finalize Motion for Violation of the Automatic Stay/Contempt | 0.7 | $400.00 | $280.00 |
| 8/28/19 | Charles Higgs | Litigation/Contempt Motion | Email to Debtor (A. Perzow) and Debtor's Counsel (E. Aisner) | 0.2 | $400.00 | $80.00 |
| 8/28/19 | Charles Higgs | Litigation/Contempt Motion | Make revisions requested by Debtor to Stay Violation/Contempt Motion | 1.1 | $400.00 | $440 |
| 8/27/19 | Charles Higgs | Litigation/Adv. Proc. And Contempt Motion | Draft Stay Violation/Contempt Motion | 2.7 | $400.00 | $1,080 |
| 8/27/19 | Charles Higgs | Litigation/Contempt Motion | Legal Research re: Automatic Stay and Actions against the Debtor's principal/Indirect actions against the Debtor | 0.8 | $400.00 | $320.00 |
| 8/19/19 | Charles Higgs | Litigation/Adv. Proc. And Contempt Motion | Phone Call with Debtor to discuss litigation strategy, proposed amendments to adversary proceeding to include addtl claim | 0.6 | $400.00 | $240.00 |
| 8/16/19 | Charles Higgs | Litigation Adv. Proc and Contempt | Email to Debtor (A. Perzow) and Debtor's Counsel (E. Aisner) re: email to the Court from Creditor's attorney (J. Teitelbaum) | 0.3 | $400.00 | $120.00 |
| 8/15/19 | Charles Higgs | Litigation/Adversary Proceeding | Email to Debtor (A. Perzow) and Debtor's Counsel (E. Aisner) re: whether to grant creditor an extension to answer complaint | 0.4 | $400.00 | $160.00 |
| 8/15/19 | Charles Higgs | Litigation | Email to the Bankruptcy Court (J. Drain) in response to Court's follow up question regarding the 107(b) issue | 0.8 | $400.00 | $320.00 |
| 8/15/19 | Charles Higgs | Litigation | Phone Call with Debtor (A. Perzow) to discuss proposed email response to the Court re: 107(b) issue | 0.6 | $400.00 | $240.00 |
| 8/15/19 | Charles Higgs | Litigation | Phone call with Debtor (A. Perzow) to discuss litigation and response | 0.3 | $400.00 | $120.00 |
| 8/14/19 | Charles Higgs | Litigation/Adv. Proc. And | Phone call with Debtor (A. Perzow) to discuss litigation issues | 0.4 | $400.00 | $160.00 |

| | | Contempt Motion | re: Potential Stay Violation Motion | | | |
|---|---|---|---|---|---|---|
| 8/14/19 | Charles Higgs | Litigation/Adversary Proceeding | Email to Court re: 107(b) issue | 0.3 | $400.00 | $120 |
| 8/13/19 | Charles Higgs | Litigation/Adversary Proceeding | Review email from the Court (J. Drain) re: 107(b) issue | 0.2 | $400.00 | $80.00 |
| 8/9/19 | Charles Higgs | Litigation/Adversary Proceeding | Read email from the Court (J. Drain) to Creditor's attorney re: Sealing Motion | 0.1 | $400.00 | $40.00 |
| 8/9/19 | Charles Higgs | Litigation/Adversary Proceeding | Read email from Creditor's attorney (J. Teitelbaum) to Court re: Sealing Motion | 0.2 | $400.00 | $80.00 |
| 8/7/19 | Charles Higgs | Litigation/Adversary Proceeding | Final Review and filing of adversary complaint | 0.4 | $400.00 | $160.00 |
| 8/6/19 | Charles Higgs | Litigation/Adversary Proceeding | At Debtor's request, start draft of Motion for 2004 Examination of Officer of A. Mark for possible inclusion in adversary | 0.5 | $400.00 | $200 |
| 8/2/19 | Charles Higgs | Litigation/Adversary Proceeding | Make additional revisions to adversary complaint | 0.3 | $400.00 | $120.00 |
| 8/1/19 | Charles Higgs | Litigation/Adversary Proceeding | Revise Adversary Complaint | 1.6 | $400.00 | $640.00 |
| 7/24/19 | Charles Higgs | Litigation/Adversary Proceeding | Email draft of Adversary Complaint to the Debtor | 0.2 | $400.00 | $80.00 |
| 7/22/19 | Charles Higgs | Litigation/Adversary Proceeding | Initial draft of Adversary Complaint | 3.5 | $400.00 | $1,400.00 |
| 6/24/20 | Charles Higgs | Fee/Employment Application | Finalize Fee Application | 0.4 | $400.00 | $160.00 |
| 6/17/20 | Charles Higgs | Fee/Employment Application | Start Draft of Fee Application | 1.1 | $400.00 | $440.00 |
| 7/17/19 | Charles Higgs | Fee/Employment Application | Email to E. Aisner re: Filing of retention application | 0.1 | $400.00 | $40.00 |
| 7/16/19 | Charles Higgs | Fee/Employment Application | Make revisions to retention application | 0.2 | $400.00 | $80.00 |
| 7/15/19 | Charles Higgs | Fee/Employment Application | Draft retention application | 0.4 | $400.00 | $160.00 |