**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Hampstead Global, LLC | CASE NO.: 19–22721–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 83–4153428 | CHAPTER: 11 |

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Robert D. Drain in this Chapter 11 case.

Hampstead Global, LLC was dismissed from the case on July 10, 2020 .

Dated: July 10, 2020                                Vito Genna
                                                    Clerk of the Court