UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                  :       Chapter 11
                                                       :
HAMPSTEAD GLOBAL, LLC,                                 :       Case No. 19-22721 (RDD)
                                                       :
                        Debtor.                        :
---------------------------------------------------------x

**ORDER AWARDING FIRST AND FINAL ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
TO YANN GERON, SUBCHAPTER V TRUSTEE**

Upon the application, dated July 13, 2020, of Yann Geron (the "Subchapter V Trustee"), the subchapter V trustee of the estate of the above-captioned small business subchapter V debtor, Hampstead Global, LLC (the "Debtor"), seeking a first and final allowance of compensation and reimbursement of expenses pursuant to 11 U.S.C. § 330 for the period June 7, 2020 through July 7, 2020 (the "Application"); and it appearing that good and sufficient notice of the Application has been given; and no responses or objections having been received in connection with the Application; and upon the Subchapter V Trustee's representation that the United States Trustee and the other parties in interest in this case have authorized him to state that they have no objection to the Application; and for good and sufficient cause, it is hereby

**ORDERED**, that the Application is granted to the extent provided herein; and it is further

**ORDERED**, that the Subchapter V Trustee is awarded first and final allowance of compensation for services rendered and reimbursement of expenses in the amounts set forth on the accompanying Schedule A.

Dated:   White Plains, New York
         July 15, 2020

                                               /s/ Robert D. Drain
                                               _____
                                               HONORABLE ROBERT D. DRAIN
                                               UNITED STATES BANKRUPTCY JUDGE

257738

CASE NAME: HAMPSTEAD GLOBAL, LLC
CASE NO: 19-22721 (RDD)

## SCHEDULE A
## (FIRST AND FINAL FEE APPLICATION TOTAL)

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Allowed | (4) Total Expenses Requested | (5) Total Expenses Allowed |
|---|---|---|---|---|
| YANN GERON | $5,475.00 | $5,475.00 | N/A | N/A |

DATE ON WHICH ORDER WAS SIGNED: 7/15/2020        INITIALS: RDD  USBJ

257738