UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

HAMPSTEAD GLOBAL, LLC,                                         Chapter 11
                                                                               Case No. 19-22721 (RDD)
                                     Debtor.
-----------------------------------------------------------------X

**ORDER GRANTING APPLICATION FOR FINAL ALLOWANCE OF
PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

      **UPON** the application of Kirby Aisner & Curley LLP ("KAC"), former counsel for the debtor and debtor in possession herein (the "Debtor") for allowance under 11 U.S.C. § 330 of final compensation and reimbursement of expenses for professional services rendered and expenses incurred from June 21, 2019 through June 15, 2020 (the "Application"); and due and sufficient notice of the Application have been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and upon the Debtor's objection, the response of Jay Teitelbaum, Esq., and the reply of KAC; and upon the record of the hearing held by the Court on the Application on July 7, 2020 and all of the pleadings and proceedings herein; and, after due deliberation and for the reasons stated by the Court in its bench ruling on the record of the hearing, good and sufficient cause having been shown for the relief granted herein, it is hereby

      **ORDERED,** that the Application is granted to the extent set forth in Schedules "A" and "B" hereto.

Dated: White Plains, New York
       July 10, 2020                                            */s/Robert D. Drain*
                                                              HONORABLE ROBERT D. DRAIN
                                                              UNITED STATES BANKRUPTCY JUDGE

# "SCHEDULE A"
# CURRENT FEE PERIOD

**Case Name and Number:**  6/21/2019 through 6/15/2020

**HAMPSTEAD GLOBAL, INC., CASE NO. 19-22721 (RDD)**

| (1) Applicant | (2) Date/Document Number of Application | (3) Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Expenses Requested | (9) Expenses to be Paid |
|---|---|---|---|---|---|---|---|---|
| Kirby Aisner & Curley LLP, *Former Counsel for the Debtor* | Application Docket No. 97 6/15/2020 | $58,117.50 | $54,117.50 | $49,289.30 fn1 | N/A | $49,289.30 | $665.00 | $665.00 |

Schedule A        Date Order Signed: 7/10/2020        Initials: RDD  USBJ

---

1 After application of KAC's retainer against allowed fees.

**SCHEDULE "B"**

**FINAL FEE APPLICATION TOTALS**
**6/21/2019 through 6/15/2020**

**Case Name and Number:**

**HAMPSTEAD GLOBAL, INC., CASE NO. 19-22721 (RDD)**

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees to be Paid | (4) Total Expenses Requested | (5) Total Expenses to be Paid |
|---|---|---|---|---|
| Kirby Aisner & Curley LLP, *Former Counsel for the Debtor* | $58,117.50 | $49,289.30 fn2 | $665.00 | $665.00 |

**Schedule B**  **Date Order Signed: 7/10/2020**  **Initials: RDD  USBJ**

---

2 After application of KAC's retainer against allowed fees.